Barbara Morris Caspersen

September 26, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff:

I am Andrew Caspersen's mother and have known Andrew longer
than any other living person.  I am also a victim of Andrew's
fraud, to which he has pled guilty.  I appreciate the opportunity to
write you in his support, and to hopefully shed some light on his
life from my dual perspectives.

Andrew is the fourth of my children, all boys, separated in age by
seven years.  My husband and I raised our children on a farm in
northwestern New Jersey, taking abundant advantage of living in
the country, surrounded by open space and various animals.  We
were a close-knit family, and happily, for a household of four
energetic and highly competitive boys near in age, there were
plenty of opportunities for exercise and generally wholesome fun.

Most parents of more than one child can readily observe
differences between their children.  Since Andrew was the
youngest of four, and I had had the benefit of watching his three
brothers grow and develop, it was relatively easy for me to identify
particular aspects of Andrew's persona.

In school, Andrew was an outstanding student and a superb athlete
– accomplishments that were made possible by his perseverance

and hard work as well as his innate abilities. Furthermore, Andrew always had a group of people whom he considered good and loyal friends. One measure of Andrew's friendships is evident in the emotional and other support so many friends have given to Andrew since his arrest. As a mother, that has been especially heartwarming to observe.

I was totally shocked when Andrew was arrested since I could not imagine how or why he engaged in illegal behavior, as that was so contrary to the Andrew I thought I knew. Since his arrest I have had many conversations with Andrew about what led to his arrest. I am convinced that he is mentally ill, and also believe that his addictions have led him to take actions that are inconsistent with the core Andrew I knew so well in his earlier years.

I realize now that Andrew was leading a "double life" for several years – holding down challenging jobs, participating in normal family life and activities with friends, on the one hand, and being heavily involved with trading, on the other hand. I believe that his high intelligence goes a long way in explaining how he could a) lead this double life for so long, b) successfully disguise it from his family and close associates and friends. Another contributing factor was that for most of the years Andrew was trading/gambling he did so with his own money, either inherited or earned. These large sources of funds also enabled him to continue his gambling addiction undetected, until he turned to fraud.

I believe that Andrew's mental illness was exacerbated by the violent death of his girlfriend, Catherine ("Cat") MacRae) whose office was on the 93rd Floor of the North Tower of the World Trade Center, the exact place where the first plane hit on 9/11. Cat perished immediately, along with her 34 colleagues who were at work that morning. Andrew was devastated by Cat's death and dropped out of law school for a term. I remember him saying to my husband and me: "Mom and Dad, when someone your age

loses a spouse or someone close, that is sad, but at least the survivor has had a long and fruitful life of shared experiences with the person who died. In contrast, I have lost my future." Looking back, I think that his years of despair following 9/11 fueled addictions that might have been tamed and overcome had he been able to face them clearly.

Andrew and I have talked at length about why he did not seek help for his addictions before they totally consumed him and led him to commit crimes. He has asked me whether he ever asked for help doing anything as a child, and I replied that I could not think of any instance. I have thought about this issue a great deal and have come to the conclusion that because Andrew excelled at just about everything from early on, he never felt a need to ask for help, and thus had no experience to fall back on in when he really did need help in recent years. Furthermore, I believe that Andrew felt that he could handle any challenge without the aid of others. Unfortunately, that was not the case with his addictions, which Andrew understands clearly now, in hindsight.

Andrew is now committed to turning his life around and feels strongly that he can be a caring and worthwhile father, husband, son, brother and citizen. I am convinced that he can and will be an admirable member of society in the future.

I ask for your understanding of Andrew's commitment to redemption and I ask for your leniency as you make your decision on his sentence. Thank you so much for reading my letter and thank you so much for your consideration.

Sincerely,

Barbara Morris Caspersen

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007                                          September 14, 2016

Dear Judge Rakoff,

It is with great humility and respect that I submit this letter in support of my husband, Andrew Caspersen, as you consider his sentence. I am fully aware of the crimes that Andrew has committed and the impact his conduct has had on the victims of those crimes. Some of Andrew's victims are among our dearest friends and closest family members. I pray that you and they will understand that my support of Andrew in no way comes from a lack of awareness for what his actions were or how much harm they've wrought. On the contrary, my support has to do with just how much I *do* know about this man, his many layers of strengths and weaknesses that landed him, and all of us—his victims, included—here in this horrible situation.

I first met Andrew in the spring of 1999. I was a freshman at Princeton, and he was a senior—a mentor to several of my close friends. Andrew was in a serious relationship with Cat MacRae. By all accounts, Cat and Andrew were a happy couple with a bright future until Cat was killed in the September 11th World Trade Center bombings. In fact, one of my earliest memories of Andrew is of him at a September 11th memorial event on the Princeton campus shortly after my graduation in 2002. Andrew, still despaired by the loss of his girlfriend, wept openly in a way that seemed unusually honest and exposed for a 25 year old man. It was a compelling sight and made me think of Andrew as someone with wisdom and emotional depth.

Seven years later, in early December of 2006, Andrew and I ran into each other at a friend's holiday party and began our first real conversation. I was working at Women's World Banking, an organization that promoted microfinance – providing small loans to low-income people in the developing world. Andrew was much more interested in my career than many of the other guys I was used to talking to. This was the first of many realizations that Andrew had far more depth, substance, complexity and genuine concern for others than his resume suggested. We started dating in 2007 and were married on May 14, 2011. As friends, spouses, and partners, Andrew and I were totally present and engaged in each other's lives: Until March 26th 2016, when Andrew was arrested at LaGuardia airport in front of my parents, our children and me, I had not gone more than a few hours without seeing or talking to Andrew.

When Andrew and I first started dating, I was earning a very modest NGO salary, and I lived a fairly simple existence. Aside from my regular work travels to remote areas of Africa and Latin America, my life was mostly spent jogging (I was an avid runner in those days), seeing friends, and spending time with my family. I liked the simplicity of my life and was a bit concerned at first about meshing with Andrew's affluent lifestyle, which seemed quite different than mine.

Despite his lucrative private equity career and despite his seemingly privileged resume, I fell in love with Andrew for his disarming sense of humor, his sharp intellect, his quiet wisdom, and his profound compassion for those around him who were going through something difficult (which I assumed was because of his own struggles after losing Cat on September 11th.) He was unfailingly generous towards me, my friends, my family and to charitable causes that were near and dear to me. And time after time he demonstrated a strong moral compass. He always disdained others who joked at the expense of others, who got a rise out of someone else going down. If ever there were a group discussion maligning someone in particular, Andrew readily, always came to that person's defense. Though I considered myself a very ethical person when Andrew and I first got together, I began to lean on Andrew when it came to navigating important, if opaque, matters. I just respected him, plain and simple, and I trusted his desire and sense of duty to do the right thing. Some people could look back and think that Andrew was hypocritical when he was hiding his own immoral behavior. I do not feel that way. Despite his crimes, and despite the shock and anguish that he has put me through over the past five months, I know that Andrew has a wonderful heart, a good soul, and wisdom beyond his years.

1

On September 7, 2009, Labor Day Monday, we got a call that Andrew's father, Finn, committed suicide. That the call came just after we had spent the long weekend with him and Andrew's mother made it all the more jarring and painful. While I had only observed Andrew and his father together for a few short years, it was very clear to me that they were closer than any father-son pair I had encountered. Andrew absolutely revered his dad. Finn's suicide profoundly affected Andrew. Over the next few months of 2009, I experienced Andrew's anguish on a daily basis. He would wake himself up several times a night screaming out in his sleep what he could have said to his father to persuade him not to take his own life. He would often drink heavily when he was overcome with sadness. I encouraged Andrew to see a psychiatrist who could help him with his grief and anxiety, but he was reluctant to immerse himself in that process. He begrudgingly agreed to see a doctor for anti-depressants, though he clearly viewed mental illness –depression included– as a character flaw.

In June 2010, Andrew and I got engaged just before going on a trip to Alaska. It was literally the vacation of our dreams. We dreamed of a life that was stable and comfortable, but not fancy. We dreamed of raising children who were poised and kind, the opposite of spoiled and entitled. We dreamed of being actively involved in our community through charitable organizations and solid friendships. Shortly after we returned to New York, Andrew approached a priest at my Church without telling me in order to inquire about the process of converting to Catholicism. Once I found out, I was so moved by his recognition of and respect for the importance of faith to me and my family.

One of the things that I liked most about Andrew was that he seemed to share my aversion to materialism and ostentatious displays of wealth. On our Pre-Cana weekend retreat (required to get married in the Catholic Church) we specifically pledged that we would not let money, or the relentless pursuit of money, drive decisions in our lives. Nevertheless, when Andrew resigned from Coller Capital in late 2011, he did so against my wishes. He told me that he wanted to take a break after working in the same role for over eight years, he wanted to finish up work on his father's estate and he wanted to look into other finance roles. And so, during 2012, Andrew was 'self-employed' and went every day to a rented office where, completely unbeknownst to me, he was trading high-risk options all day. Because I was quite busy with my own job, I asked fewer questions than I should have. I simply believed we were both 'keeping busy'. I trusted him. I had absolutely no reason not to.

By the end of 2012, Andrew had received an offer from Park Hill, which set his promising career back on track. When our son Jack was born in May of 2013, Andrew was a devoted husband and an earnest father, who read parenting books and made lists of things that he wanted to teach Jack someday, including a huge emphasis on manners and civility. We were a happy, if tired, family. The pace of life picked up even more during 2014, and as I look back, I wonder if I was so distracted that I missed signs of Andrew's gambling addiction and his increased reliance on alcohol. Might things have played out differently had I asked all the right questions at all the right times? I ask myself at least three times a day.

In the spring of 2015, I gave birth to our second child, Grace, and life became pure chaos. Andrew was jumpy at times and often withdrawn. He was waking up earlier than usual in the morning. And it seemed like he was drinking more than I had been accustomed to. I kept telling myself that things would get easier when our kids got a bit older. By March of 2016, Andrew was less that devoted husband and earnest father and way more the Stressed Out Banker who rarely looked up from his phone. I did not like the person that Andrew was becoming, but I thought that it was a phase. He always treated me with respect and kindness, and he provided every possible opportunity for our children. Everyone told us that things would get easier when the children were sleeping through the night.

This brings me to Andrew's shocking arrest on March 26th. Sometimes I wake up in the middle of the night and can see Andrew's face as he was led away by Kurt Hafer, the criminal investigator assigned to Andrew's case, and two FBI agents. Andrew's eyes were nearly closed and his chin was clenched. I barely recognized him. A day later, on Easter Sunday, when I read the criminal complaint that the USAO had filed, it was as though I was reading about a person whom I had never met before.

When I saw Andrew 40 hours later at the arraignment, I knew right away that he needed medical attention even more than he needed legal help. He told me that his crimes were worse than I had read – that he had borrowed fraudulently from several family and friends and would not be able to repay anyone. His shame was insurmountable, his judgment completely

lacking. I feared for his life. After the arraignment, I took him directly from the courthouse to the Psychiatric Emergency Room at New York Presbyterian Hospital. He was admitted for acute suicide risk and was in the ER for the first day. He was subsequently moved up to the regular psych ward where he stayed for the next 15 days. In retrospect, I owe an enormous debt of gratitude to those FBI agents for arresting Andrew when they did. I learned that Andrew had already written a confession to his victims' just a day before his arrest. According to the letter, his plan was to follow his father's playbook and to "remove the lone bad actor." One of the most emotional moments of the past five months was on June 24th when I had a chance to speak with Mr. Hafer at the real estate closing of our Bronxville home. (Mr. Hafer attended to collect the sale proceeds for deposit into the US Government Escrow account.)  I thanked him for saving Andrew's life. We both cried.

I recognize that mental illness is neither an excuse nor a defense of Andrew's crimes, but here's where I beg you to see that Andrew Caspersen is not another example of Wall Street greed. We did not need – nor did we intentionally use -- a penny of the money that Andrew fraudulently borrowed. Between our salaries, we could cover our household expenses, many times over. We lived a quiet, family-oriented life. And so I can't emphasize enough how *little* Andrew's actions had to do with want, need, or greed, and how *much* they were the result of a complete, addiction-fueled departure from reality.

I know in my bones that Andrew will turn his life around to stage a second act, one in which he continues to work on his recovery, devotes himself to making restitution to his victims and raises awareness for mental illness – gambling addictions in particular – so as to prevent others from falling into the same vicious cycle that he did. In the past five months, Andrew has come home from his attendance at Alcoholics Anonymous and Gamblers Anonymous meetings spilling over with inspiring stories of others who have triumphed over their addictions, and he is absolutely adamant that he will do the same. I beg you, Judge Rakoff, to consider sentencing Andrew to probation for these reasons.

I suppose that I have more reasons than anyone to be angry with Andrew. And I have had my moments, to be sure. I see a man who suffered from a compulsive gambling addiction so severe it led him to do the unthinkable. I see a man so ashamed of his crimes, he wrote a full confession before his arrest and almost took his life. I see a man who has embraced the 12 steps of AA and GA and who has not had a drink or made a bet since his arrest. I see a man who is actively taking full responsibility and willing to do anything to make amends. I see a man who will benefit his victims, family and society far more out of prison than in prison.

Since Andrew's arrest, I have been overwhelmed with words and displays of support from friends of Andrew's from every part of his life. I have decided to stay married to Andrew, as I know he is a fundamentally good person who, while complicated, is capable of living a happy and meaningful life. Despite his horrible crimes, he is still someone with whom I am proud to be associated. The way I see it, he's my family—the father of my children, my partner. If he had cancer, there wouldn't be a question of my devotion to him, so why should this sickness be handled any differently?

Judge, as you determine Andrew's sentence, I ask that you consider this comprehensive picture of Andrew. I beg for your leniency on behalf of our two young children. While my life is on a dramatically different track than I thought it would be, I view this situation as a crisis, not a tragedy. I am committed to helping Andrew recover from his gambling and alcohol addictions and lead a meaningful life. I have seen the impact that Andrew has had on those who have heard his story, and I know that he can be a force for change and goodness while on his path to recovery. You have my word that I will be here to help him on that path, and I will help him realize his potential as an exceptionally capable and caring person.

Respectfully yours,

Christina Frank Caspersen

Jane Leary Frank

The Honorable Jed S. Rakoff                                                    September 13, 2016
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

This letter is respectfully submitted in support of Andrew Caspersen. I am Jane Frank, Andrew Caspersen's mother in law. I have known Andrew for 8 ½ years. He is our daughter Christina's husband and the father of our two small grandchildren, Jack and Grace. I have loved being a full time mother since 1980 when I resigned from my career at IBM to raise our two daughters in Bronxville, New York. Since that time, I have dedicated my life towards our children, grandchildren and volunteer work. I am fully aware that Andrew has pled guilty to these serious crimes and is awaiting sentencing.

## I Know Two Andrews

On Friday Jan. 11, 2008, I met Andrew for the first time. I was prepared to like him since he and I shared a love of our daughter Christina. He was polite, unabashedly humble and extremely gracious. Over the next 8 years Andrew and I shared many meals and experiences. At first I was a bit circumspect of Andrew, knowing of his resume - star football player at fancy boarding school, Princeton graduate, Harvard Law school student, avid golfer, private equity banker, etc. His background was very different from mine and from the way that our daughter Christina had been raised. Yet, despite these differences, Andrew embraced being a part of our 'simpler' family. His appreciation for a home cooked meal was genuine and he wanted us to experience places that he liked and meet his many devoted friends. He showed thoughtfulness by anticipating our needs – i.e., by ordering a car home on a very cold night when we would otherwise have taken the train, by gifting us with the author's book after a good lecture, by offering to help with reservations to the opera, and most of all by always encouraging us to visit with our grandchildren at any hour of any day. I loved to reciprocate Andrew's thoughtfulness and generosity, but Andrew was very resistant to accepting my overtures. He had simply been raised to be totally self-reliant.

We were very pained for Andrew when his father died on September 7th, 2009. Andrew experienced great anguish and depression. The greatest help for Andrew was our daughter Christina's presence. She was at his side, and totally available to his family, at all times following Finn's death. Andrew struggled to comprehend how his father, whom he revered, could have taken his own life. This was devastating and caused Andrew to question his beliefs or lack thereof. Subsequently, Andrew studied to become a Roman Catholic. My joy at his sharing our family's faith is everlasting.

In more recent times there were changes in Andrew. He was now the father to two little children, he was very busy at work. He often became more easily distracted and remote. His appearance was becoming increasingly unhealthy as he was gaining weight and looked bloated. My father had a serious problem with alcohol and I worried that Andrew was becoming overly reliant on alcohol. The first picture that I ever saw of Andrew was when Christina visited at the Caspersen home in Florida in November of 2007. The picture was of Christina and Andrew with his parents all holding cocktail glasses for the daily ritual of 5pm drinks. I was skeptical, frightened and sad. I spent a fair amount of time with Andrew and Christina once they had children. While Andrew was pleasant and engaged with Jack, and then Grace, he gradually became increasingly distracted and distant. I ascribed some of his remoteness to his family's style of child rearing and to his being the youngest child and his never being around young children.

When he did have an outing with Jack, Jack would be thrilled. I noted that Andrew's distraction from a game or an activity was perceivable.

Since Andrew's arrest on March 26, 2016, I have resided with Christina, Jack and Grace and have gotten to know another Andrew. It has been an extraordinary experience. His many commendable qualities have been multiplied and amplified. Andrew has a new font of faith, hope and love. Remorse and regret, while ever present and most sincere, have never overwhelmed or overshadowed his desire to make amends and begin anew. This translates into his being totally present to each person with whom he interacts. To see Andrew today with Jack and Grace is to see a father completely in love with his 3 and 1 year old, as if meeting them for the first time. It has been wonderful for all 3 of them. As we prepared to leave Florida on March 26th for New York, just hours before Andrew's eventual arrest, I watched as Andrew packed up the stroller and tried to tape the cover on. Grace was 11 months old and so anxious to help by playing with the tape. Andrew barely noticed her. It broke my heart. Little did I know what was going through his mind at that time. Despite the incredibly shocking and difficult circumstances that have characterized the past 5 months, three people have blossomed and their love and laughter is such a joy to behold.

I have often asked myself - how could Andrew have had the capacity to lead two distinct lives in his brain? How did he "hide" his ugly, shameful behavior for so long? Knowing that my beloved daughter is a victim, I was initially filled with anger, hurt and confusion. How could Andrew do this to Christina? But Andrew's acknowledgement of his deep remorse and his immediate response to hearing from Christina that she loved him, that she Jack and Grace needed him and that she would get him medical help for his illness…those words changed Andrew's life. I could only thank God that I could embrace being on board to witnessing a rebirth! Andrew likes himself, probably for the first time in 17 years. Shame has been replaced with an energy to live and to love.

<u>Everything happens for a reason</u>

Please, Judge Rakoff, I ask that your judgment on sentencing Andrew take into account the continuation of the nascent love of living which he now shares with Jack and Grace. While my husband and I have as much reason as anyone to be filled with anger and shame for Andrew's actions, and the irreparable damage that his crimes have had on our daughter and our precious grandchildren, we have chosen instead to double down on our support of Andrew following his arrest. We are proud to stand by him today and in the years to come. We are committed to helping Andrew before and after his sentencing to live an addiction free life. Please know that we will continue to be proud of Andrew post sentencing as he finds his path forward. I am confident that as a family they will live a life that is full of honesty, empathy, forgiveness and service to others. Despite their very bleak financial situation, Andrew and Christina are as aware as any two people of their blessings. So many people have noted to me, when discussing Andrew's crimes, that everything happens for a reason. My faith in God and God's plan allows me to know this intuitively. Andrew and Christina will live a much more simple life, they will raise children who are loved and attended to, and they will be exemplary members of their community because of their collective ability to endure in a crisis and come out it as better, stronger, more substantive people. Please Judge Rakoff, I beg for your leniency as you consider a sentence for Andrew.

Thank you.

Jane L. Frank

BLACKFORD F. BRAUER

August 15, 2016

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Andrew Caspersen

Dear Judge Rakoff:

I am a friend of Andrew Caspersen's. I am 40 years old and executive vice president of a manufacturing business in St. Louis. I met Andrew in 1995, on our first or second day of college, and I have been close to him for the past 20 years. By way of this letter, I hope to provide a helpful perspective on Andrew.

Among friends and colleagues, Andrew is regarded for his modesty, caring heart and honesty. It is not enough to say that Andrew is well-admired. He is widely respected. To many accomplished young men I know, Andrew is a role model. In 2014, my wife Suzy and I proudly chose Andrew to be the godfather to our firstborn son. ██████ But this is not unusual. For all of his standout qualities, Andrew has been asked to be a godfather to seven children — surely a record for such a young man.

I empathize with the victims in this case. Like them, in late 2014, Andrew approached me to invest in a "friends and family investment," promising a high rate of return. Were I an active investor, I probably would have said yes and sent Andrew money with little concern. But I am not an investor and simply declined. Today, in retrospect, Suzy and I could choose to feel betrayed by Andrew's true intent, but we don't. Andrew's arrest in March exposed that he has a mental illness, and, rather than feel anger or outrage about it, we only feel the strongest sympathy for him and his innocent family. A great many of Andrew's friends and acquaintances feel similarly. None of us knew he was hiding an

The Honorable Jed S. Rakoff                                                   Page 2
United States District Judge

addiction. The crisis before us, involving a great person, reminds all of us that mental illness knows no bounds.

After Andrew's arrest, Andrew's wife Christina told Suzy and me that Andrew was in desperate need of financial and medical help. In early April, we located and paid for an attorney who could not only help Andrew accelerate his plea, but also help him receive the medical care he needed. In late April, Suzy and I also funded a large portion of Andrew's bail package to ensure that he would continue to receive the care he needed while simultaneously working to make amends for the damage he had caused. While our assistance might seem unlikely under these circumstances, we would do it all over again based on Andrew's immediate actions to come clean and also based on the supportive feedback that we received from his wife Christina and his friends, including some victims we know.

On June 26, 2016, Andrew sent Suzy and me an update on his mental state and priorities:

> Here are some of things I'm focused on:
>
> 1)  No drinking or gambling/trading
> 2)  Mental health treatment
> 3)  Avoiding my primary sins, my secondary sins and my troublesome emotions
> 4)  Emphasizing virtues/emotions that are particularly lacking
> 5)  Communication
> 6)  Positive daily rituals: prayer, healthy lifestyle, medication, etc.
>
> Some of these are readily achievable. However, any meaningful level of "success" will require God's grace. As a result, I'm very focused right now on submitting to God. It's akin to AA's "surrender." I think it's what St. Paul means by following the spirit and not the flesh. It's probably what the Church would describe as holy abandonment. And it's something I've done an absolutely terrible job of doing previously.
>
> I'm trying not to bite off more than I chew but I'd also like to take advantage of this opportunity. I like to think of myself as undergoing an operation to remove the cancerous tumors of alcoholism (Stage II) and compulsive gambling (Stage IV). While I'm under the knife, I might as well tackle some of the other ailments. And once I'm in recovery, I will need to practice good habits to ensure there is no relapse. If I can improve other parts of my life, all the better.

As we live in Missouri, mutual friends in New York often share their observations on how Andrew is doing since his arrest. Some comment on his eagerness to talk about his mistakes, which he refers to bluntly as "horrible crimes." All comment on his heartfelt remorse for those he harmed — his family, the victims, the named institutions and all of his friends. While some criminals might not comprehend the full effects of their crimes,

The Honorable Jed S. Rakoff                                                      Page 3
United States District Judge

Andrew is completely overcome and ashamed. I assume the emotional burden is especially challenging for one who is intellectual and loving. In any case, Andrew has made it his highest priority to address those he harmed face-to-face and acknowledge his fault. He has not hidden from view, behaved selfishly, blamed others or waited for the court to straighten things out.

Prior to Andrew's arrest, were I to rank-order my friends as "possible culprits" for a crime like this, even listing "Andrew Caspersen" last would have been out-of-the-question. We find this crime so shocking because it doesn't fit any part of the Andrew we know. Andrew is modest, caring and honest. With no motive, this crime seems impossible.

Andrew is modest. He actively downplays references to wealth and status. When his high school wanted to name a rowing shell after him (following a supportive gift), he asked the school to name it after a beloved classics teacher instead. Later, when the administrators asked Andrew if he would lead the dedication, he suggested an alumnus, a former rowing Olympian, perform the honors.

Andrew is caring. But based on tragedy in his own life, I think, Andrew pays especially close attention to the hardships of others. In 2010 or 2011, when Andrew and Christina were volunteering together at a soup kitchen, in connection with his conversion to Catholicism, one of the nuns in charge of the soup kitchen mentioned their need for a new boiler to make it through the winter. Andrew quietly met the need before the Holidays. Christina told me of her surprise years later when she learned of Andrew's gift.  Andrew has a spirit that is driven to care, even despite his own setback.

Andrew is honest. Professionally, Andrew was known for prioritizing transparency and fairness to limited partners and he would turn down proposals that did not share those priorities. Honesty may not be a word typically applied to white collar criminals, but Andrew is unusually honest in his healthy life. Few criminals would care to write out a full confession to their victims prior to arrest, but Andrew did. The internal torment and pressure of his hidden addiction must have been intolerable.

A price is paid for a crime. In this case, Andrew began paying the price just after his arrest: He knows that he has destroyed all the harmony and order in his immediate family, along with all resources to rebuild it; he has deeply disappointed friends, clients, colleagues and acquaintances; he has polluted his name, and today, one's reputation loss sticks forever (see Wikipedia, Google, etc.). But that list of prices paid is just the beginning. His ongoing feeling of shame, combined with a limited means to repair the past, is probably far worse to him than prison.

We truly hope that Andrew can get psychological counseling when he goes to prison, to enable him to continue on his present path of finding ways to conquer his twin addictions

The Honorable Jed S. Rakoff                                                    Page 4
United States District Judge

to drinking and gambling; and we also hope and pray that his sentence is not unduly long, both for his sake and the sake of his young family. Whatever Andrew's sentence, Suzy and I are going to help Andrew become an even better man than he ever was. Whether he wants to devote himself to serving others or simply work hard to support his family, Suzy and I plan to fully support Andrew's relaunch, knowing that he will outperform every expectation and be a prodigious contributor. We and many others are eager for that day to come.

Thank you for reading this long letter and taking time to understand this unusual case against an unusually wonderful person. I left my contact information with Andrew's attorney. Please reach me if you would like to discuss this letter or any other point related to Andrew.

Sincerely,

Blackford Brauer

Annie MacRae

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I am the Associate Artistic Director at the Atlantic Theater Company, a nonprofit theater company in New York City. I am 34 years old and the mother of a five year old son and a two year old son. I have known Andrew Caspersen for nineteen years. Despite the fact that my family is a victim of Andrew's crimes, I (and the rest of my family) wholeheartedly support him and plead for leniency in sentencing.

I met Andrew in 1997 when my older sister Cat fell in love with him. Andrew was a year older than Cat at Princeton, and she always admired how smart and charming he was. Andrew was a big feature of my life while Cat and he were dating. My grandfather died the night before Cat's Princeton graduation, but we decided not to tell Cat until she graduated. Though he was the youngest of four boys, Andrew has always been an old soul. He had great poise and dignity that day, taking care of Cat, but also taking care of my father, an only child navigating the loss of his final remaining parent. I looked up to Andrew, and he was like an older brother to me.

Cat worked at Fred Alger Management and was at her desk when a plane struck her 93rd floor office on September 11th. I came home from college on September 12th, and Andrew was already with my parents. Andrew stayed with us and slept in Cat's childhood bedroom. We would kneel at Cat's bed to say the Lord's Prayer every night. Andrew kept his blackberry on at all times in case Cat called. We all held out hope for so long that she was alive and that she would come home.

When I went back to college two weeks later, it was Andrew who drove me back. Andrew always put a brave face on for me because he had assumed the role of my older brother. He showed real vulnerability with my mom, but never wanted to scare me with his depth of despair. Over the course of that year, Andrew and I began to develop our own rapport, inside jokes and a relationship that didn't consist of my being the third wheel to Cat's and his romance. He was protective and caring of me now that he was my only sibling.

On October 6th, Andrew's 25th birthday, we held a memorial service for Cat. I remember every word of Andrew's eulogy for Cat. Andrew immediately became a major and essential part of our family. Whenever anyone asked how we were doing, they asked about Andrew. After Cat died, Andrew moved into Cat's apartment.

Andrew and I saw each other a lot over the next three years. We developed traditions: we went to concerts, and Andrew would always pick the bands that he knew his younger sister would like, that were not necessarily his cup of tea. When I graduated from college in 2004, Andrew and I began to see more of each other. We were both living in New York and spent a lot of time together. Every night, when Andrew put me in a cab home and walked towards Cat's apartment, I wondered what went through his

mind as he walked into that lonely apartment filled with memories. I wondered if he would ever fall in love again.

Over the course of those six years of our friendship, I often wondered if Andrew would get married. And then I met Christina. I felt an instant bond with her, and finally felt that Andrew would be okay. Christina was kind, compassionate and wise. I respected her and immediately enjoyed her company.

On September 7, 2009, Andrew's father Finn Caspersen shot himself. And Andrew's world crumbled again. The traumatic and violent way Andrew lost his father had to bring back memories of the shock and horror of losing Cat. Christina was incredible in this period of intense grief for Andrew. She was by his side and helped him navigate all the complexities of this as he grieved for his father and supported his mother.

On March 28, I received Christina's text telling me of Andrew's arrest. I was shocked. I could not believe that Andrew had committed the crime that he would later plead guilty to. This was not the Andrew that I knew and adored. I emailed Andrew right away to assure him of my immense and unconditional love. When I visited Andrew in the hospital, he broke down in tears. He was deeply ashamed of what he did. He has repeatedly said to me that he could not believe that the man who committed those crimes was him. At that visit, I mentioned something that I'd never brought up before: that for the past fifteen years, every day I have worn the bracelet that he gave Cat for her birthday six weeks before she died not only because it connected me to Cat, but it connected me to Andrew. I told him that he was my son's godfather and that he was a permanent fixture in our family's lives. I forgave him. He was visibly shaken and heartbroken by the fact that our family was among his victims. It was clear to me then, and it is even clearer to me now as I've spent more time with Andrew, that he was blinded by a senseless addiction, but remains the kind and good person whom I love so deeply.

Since that first visit in the hospital, I have seen Andrew on average every other week. He has never been more honest and open. Over the previous nineteen years of our relationship, Andrew was often quiet and reserved. What I know now is that what I mistook as silence was actually Andrew harboring a crippling addiction. When I am with Andrew now, I see a man who is processing the great toll his actions took on his family and his closest friends and his beloved Christina, Jack and Grace. He is taking one day at a time and focusing on making amends.

I was devastated when Andrew was arrested and felt a fear and pain that was as intense as when I lost Cat. I was terrified I was going to lose Andrew. We went through our single years side by side, and now we will raise our children together. I feel closer to Andrew in the last five months than I ever have. He is an essential part of my life, and he is going to continue to be an integral part of my children's lives. I know now that we will not lose Andrew. He knows that he has so much to live for in Christina and Jack and Grace, and he has so much to give back to the world in this next chapter of his life. Andrew has made a tremendous impact on my life over the last nineteen years. I love him, and I need him, and he will be my brother for the rest of our lives.

Sincerely,

Annie MacRae

# ORIN S. WILF

Friday, September 30, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is Orin Wilf and I am a recovering compulsive gambler. The last time I placed a bet, went anywhere near a casino, or thought about gambling was September 5th, 2010. I am currently the President of a major New York real estate development firm that specializes in residential ground-up development. I am also the proud father of two wonderful boys ages 12 and 14, who after I stopped gambling have become the most important thing in my life. I now have the ability to attend every sporting game for them, sit and do homework with them, watch them grow and guide them into their manhood years. Prior to September 5th, 2010, all of these things would not have been an option for me as gambling consumed my life and became my addiction of choice.

Today, I attend one to two gamblers anonymous meetings a week in New York. My home room is Wednesday nights at the Temple on 79th Street and 2nd Avenue. Over the last six years I have done public service in my program by chairing both the beginner's room and the regular room. I am also currently a sponsor to more than seven people in the GA program including Andrew C., who I first met in June 2016 while he attended his first GA meeting on a Wednesday night. Since meeting Andrew and becoming his sponsor and friend, I have come to understand a lot of Andrew's feelings and how his addiction drove him to do a lot of things he has been charged for. Through listening to Andrew's therapies in the room and our one-on-one discussions, it's clear to me that the burden of being a compulsive gambler (based on my own experiences) weighed heavily on Andrew's actions.

I never met Andrew before he surrendered to his gambling addiction but can say that he is now committed to being a better person, making better decisions, accepting God and what his

**Skyline Developers**
13-15 West 54th Street
The Rockefeller Townhouses
New York, NY 10019
Phone: (212) 586-7522 • Fax: (212) 586-5868

future life will curtail. I see through him myself that when we both decided to surrender and get help and listen, our lives became easier to deal with. Andrew loves his wife and children very much and only wants to make their lives easier and quite frankly has done a pretty good job of being a father to his children in recent months.

I am quite aware of the crimes Andrew has been charged with and that Andrew has pleaded guilty to these crimes. I also believe that gambling addiction is a real thing. I had lived this addiction for a long time before I had to surrender. My life today is filled with giving back to others who suffer from a gambling addiction. Andrew is just one of many who suffer.

I plan on being there for Andrew on November 2nd to support a fellow recovering compulsive gambler and to support his wife and two young children. I believe with some form of leniency from you and the support of me and the GA program, Andrew will become the person he is already starting to become. Honest, supportive of others, caring and truly concerned for his family.

Thank you,

Orin S. Will

**The Heppt Law Group PLLC**

ATTORNEYS AT LAW
COMMERCIAL LITIGATION
ALTERNATIVE DISPUTE RESOLUTION

260 Madison Avenue
New York, New York 10016

EDWARD J. HEPPT
Tel: (646) 738-6355
Fax: (212) 973-0891
Cell: (917) 656-9375
edward.heppt@hepptlaw.com

August 31, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Andrew Caspersen

Dear Judge Rakoff:

I am Andrew's sponsor in the fellowship of Alcoholics Anonymous, and in that capacity I have had the honor of getting to know Andrew and guiding him through the 12 Steps of Alcoholics Anonymous. I write today to relay to you my experience with Andrew as it relates to his recovery from alcoholism and gambling addiction.

As a sober member of A.A., I have experienced first-hand the depths of despair and destruction to which addiction can bring us, and have also witnessed the remarkable ways in which the program can breathe new life into otherwise hopeless individuals.

When I met Andrew several months ago at an A.A. meeting, I was immediately impressed by the openness and honesty with which he discussed his past, and his genuine curiosity and willingness about the prospect of recovery. Although my sponsorship of Andrew is focused primarily on recovery from alcoholism, we have discussed how addiction -- born from within -- can manifest itself in many different ways, and Andrew has thus been working the program of Gambler's Anonymous in conjunction with the 12 Steps of A.A. to recover from his gambling addiction and alcoholism.

Having sponsored several people, it is my belief that all addicts must hit a certain "bottom" to receive the gift of desperation necessary to recover. Once we hit our bottom, we receive the willingness to change our thought patterns and outlook on life, and can then begin to recover and grow. I can say with the utmost confidence that Andrew has hit his bottom, and he has since laid hold of A.A. principles with all the fervor with which a drowning man seizes a life preserver. He has performed a thorough review of his past conduct and has gained a profound respect for the severe extent to which his diseased thinking had

previously dominated his life. With an honest regret for harms done, a genuine gratitude for blessings received, and a willingness to do better tomorrow, Andrew has received the gifts of sobriety. He is focused on contributing to the stream of life, and in the spirit of service has even begun to chair A.A. meetings and help others in recovery.

It is my not my intention to beg Your Honor for leniency, or to convince you that the crimes to which Andrew has confessed were the product of his need to feed an addiction. I did not know Andrew when his addiction was active, but I do know Andrew now. As his sponsor, I can declare with certainty that Andrew has been painstaking about the process of recovery. He is an honest and spiritually grounded member of the fellowship of Alcoholics Anonymous, and will use the lessons he has learned in recovery as a springboard upon which to continue to grow into a better person.

Very truly yours,

Edward J. Heppt

Coller Capital

July 14, 2016

Coller Capital, Inc.
950 Third Avenue
New York NY 10022

Tel: +1 212 644 8500
Fax: +1 212 644 9133

mail@collercapital.com
www.collercapital.com

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff:

I am writing to you on behalf of Andrew Caspersen who has plead guilty to crimes and will face sentencing by you in connection therewith. This letter was entirely at my initiative. Neither Andrew, any member of his family or his lawyers have asked that I write, however I would not feel good about myself if I did not do so.

My position is as President of Coller Capital, Inc., a former employer of Andrew Caspersen and one of the firm's he inappropriately referenced in his fraudulent scheme. In fact, Andrew was my very first employee when I set up this office in the spring of 2003 and we worked together closely until he left us in 2011. My experience with him, however, predates that.

I first met Andrew when I was a partner at Dewey Ballantine LLP. The recruitment co-ordinator called me in the early spring of 2000 to ask me to see a "promising candidate." I pushed back noting that our hiring was done in the fall and we had a full program. Further perplexing to me was that I was asked to see a 1L from Harvard when we almost uniformly hired only 2L students, but I agreed to meet him. At the time I had never heard of the Caspersens, did not know of their prominence in business or philanthropy nor the fact that Andrew's father had started his career as a Trusts and Estates associate at Dewey.

What I discovered from our conversation was an intelligent, humble and earnest young man whom I instantly liked and thought would develop into a good lawyer. I recall he asked me if he were lucky enough to secure a place in our summer program would I recommend he accept or should he take an offer to join a hedge fund in Chicago for the summer. I asked him to wait while I closed my door and told him not to be a fool – to take the hedge fund job as he could always come back to us the following year if he so wished. He took my advice and it seems from that point onwards I became a mentor to him.

Andrew did in fact return to us for the summer of 2001. He did an exceptional job and was very hard working and helpful. We extended an offer of full time employment following his graduation and I was determined not just to extend the offer but to encourage him in every way to join us. He readily agreed but only if he could work for me and my group (Investment Management and Private Equity). With that agreed, he returned to Harvard Law School to finish his last year.

Coller Capital

September 11th then happened and it changed Andrew's life for what turned out to be many, many years. I was not aware at the time that he was extremely devoted to Cat Macrea who perished that day while working for Fred Alger in the World Trade Center. I went to her memorial service and I must say it was one of the truly saddest things I have ever done. I did not have the pleasure of knowing Cat but to hear Andrew speak of her it was heart wrenching and one could tell how absolutely devastated he was. Andrew then dropped out of Harvard and devoted himself with Cat's parents to set up a foundation in her memory.

A year later he enrolled at NYU Law School to finish up and during the year he asked if he could work part time at Dewey before joining us full time following graduation. I readily agreed and thought it would be good for him as he clearly was still grieving for Cat. Once he came back, I visited the office he shared with another associate and I was taken back by the photos and literally a shrine to Cat that he had on his desk well over a year after her death. There is no question this was an emotional blow of gigantic proportion. Still Andrew performed his work well and we looked forward to his joining us full-time after graduation and the bar examination.

In April 2003, I decided to join Coller Capital, a London based private equity firm which had been a long standing client of mine. I resigned my partnership at Dewey and set up the US office for Coller in New York. When Andrew learned of this he asked to join me. I told him I did not think that was possible since we really needed MBAs to do analysis not lawyers, but Andrew persisted and I approached our Chairman. The response was as I predicted, however, as our Chairman, Jeremy Coller, does not like to say no, he asked me how much Andrew would be paid at Dewey. I told him a salary of $125,000 plus an expected bonus of $25,000. He then told me I could hire Andrew. I asked if that meant I could give him the same package; he said no: $75,000 all in. That was his way of saying no. I went back to Andrew and told him the good news was that he was hired but that bad news is that he would not join us. I told him the pay and he instantly said he would take it. Of course given his family circumstances he could take a 50% haircut from the Dewey offer, but what it said to me was that Andrew was not motivated by the money or greed but wanted to start a career and prove himself. Jeremy Coller was shocked but we honored the offer and off to London Andrew went for training.

In London Andrew was very popular with everyone and worked long hours. Given his economic major at Princeton and his hedge fund summer experience he was adept at numbers and learned the business quickly. After several months, Jeremy Coller called me and said: "Do you have any more Andrews? He is just terrific." That began an eight year career with us during which he was successively promoted through the ranks to Principal – effectively our Junior Partner rank.

Late in this period, a second profound tragedy hit; the suicide of his father. I do not know the full details but in addition to working full time with us, Andrew was dealing with the estate, an on-going IRS investigation, property sales, etc. It was quite a physical and emotional burden. I felt very sorry for him as he dealt with the death of a second incredibly close and important person to him.

One positive note in this period is that he began dating again and was quite taken with and eventually married Christina Frank with whom he has two infant children. I was pleased to go to their engagement parties and wedding and was just delighted for Andrew that he was in love following the tragedies in his life. Christina, by the way, is an exceptional woman for whom I have the greatest respect. She has dealt with this situation with dignity and courage and the devotion they show each other is truly heart-warming.

Coller Capital

Andrew did resign from our firm in late 2011 to devote more time to dealing with estate issues. Only a year or so later did he call me to once again ask career advice with three distinct possibilities. He eventually chose Park Hill which kept him in the secondaries industry and meant that we would be able to work together on some transactions which he agented. In fact that did happen. He was extremely good and perhaps the best at the so-called fund or General Partner led restructurings. We closed the Irving Place Capital transaction which Andrew led at Park Hill and whose name he used in connection with his fraud.

What do I make of all this? First, this all came as a complete shock. There is absolutely nothing in my long experience of Andrew that would cause me to believe he would be capable of what he has done. Although I have no medical background and am not privy to any information, I can only believe that this was caused by a deep sickness that took over the guy I knew who had values and principles totally inconsistent with this behavior. Second, the crimes committed were clearly not motivated by greed or an extravagant lifestyle which one often reads about in white collar crimes. He did not personally benefit financially from this activity and at least in my mind that seems less blameworthy than some of the avaricious characters one reads about. Third, I have tremendous compassion for Christina and the two small children who are blameless in this but are and will suffer by having an absent and disgraced father. And finally, I firmly believe that now that Andrew has sought and received the treatment he desperately needed that he will pull through and do everything he can possibly do to make amends to his victims both financially and emotionally as he contemplates incarceration and the life that may follow.

I thank you for the opportunity for me to relate some of Andrew's past and my impressions of him. The Andrew I know would not recognize the Andrew before you, and I firmly believe will never resort to that Andrew in the future.

Yours sincerely,

Frank E. Morgan II



DIAMOND CASTLE

September 28, 2016

Dear Judge Rakoff,

My name is Ari Benacerraf.  I am one of the co-founders of Diamond Castle Holdings ("DC"), a private equity firm based in NY.  At Diamond Castle, I focused on health care services investments.  Before DC, I held senior positions at Credit Suisse and Donaldson, Lufkin and Jenrette.  I am writing you regarding Andrew Caspersen as I have had significant interactions with him over several years.  My first contact with Andrew was in 2010 when he was an executive at Coller Capital.  Our discussions at the time related to a possible investment in our firm by Coller.  In 2013, after Andrew's move to Blackstone (Park Hill), we met with Andrew regarding a possible recapitalization of Diamond Castle.  A recapitalization of a private equity firm can involve a series of complex steps that ultimately can lead to a change in investors as well as the structure of the fund.  As such, it is an intensive process that requires navigating various different interests.  When DC determined to proceed with a recapitalization transaction, we hired Andrew to represent our firm and investors.

In 2014, Andrew led us through a successful transaction.  In the process, he earned the respect from the partners at DC, the existing investors and the new investors.  He also worked closely with our counsel at Debevoise & Plimpton to ensure we complied with all our contractual obligations.  Throughout, Andrew acted with the utmost integrity.  Upon consummation of the transaction, we called Blackstone leadership to express our gratitude to Park Hill and, in particular, Andrew for excellent work.

I now understand that the recapitalization transaction and Beacon Health Options (Project Vista), one of our portfolio companies, were at the epicenter of Andrew's activities.  I have met with Andrew since his arrest and have come to understand that his actions were a product of addiction and not of greed.  By all accounts, this was a person who could not stop.  I have heard from Andrew how he struggled for years with addiction.  The irony is that Beacon is the largest manager of mental health benefits in the US.  And among the benefits Beacon manages on behalf of various payors (including insurance companies, Medicaid/Medicare plans, US Military) is addiction.  Andrew was very intrigued by Beacon and mentioned on several occasions how impressed he was by the good work Beacon does on behalf of a very vulnerable group.  I cannot help but think that he must have known that he too could benefit from treatment.

There's still a great deal of prejudice and discrimination against mental disorders.  Many still don't accept that patients dealing with mental health challenges have real medical conditions.  I disagree.  While I'm not a clinician, I have spent many years studying the mental health industry and have seen up close how devastating these conditions can be (in addition to my work at Beacon, I'm an informal advisor to O'Connor Professional Group, an organization that helps families navigate addiction treatment options).  I recognize that Andrew put DC and our investors at risk and that DC is just one of many victims.  I also accept that a mental health condition is not a legal excuse, but hope that you will consider it a mitigating factor.

Sincerely,

Diamond Castle Holdings, LLC
366 Madison Avenue, New York, NY 10017
(212) 300-1900

Meghan Nadosy Magyar



Dear Honorable Jed S. Rakoff,

I would like to submit this letter in support of Andrew Caspersen, who has been a close friend of mine for 18 years, and whom I know to be a responsible, kind-hearted man and devoted father and husband. I am a 37 year-old at-home wife and mother with a seven-year-old son and a three- year-old daughter. I grew up in New York City, attended The Brearley School for 13 years, graduated Phi Beta Kappa from Amherst College in 2001 and earned a Master's Degree at New York University's John W. Draper School of Humanities and Social Thought in 2005. I met Andrew in 1997 when he was a Junior at Princeton University and I was a freshman at Amherst College. At the time, Andrew was dating my best friend Cat MacRae, and I spent many happy days with the two of them over the following four years. During their courtship, Cat and Andrew were young and in love and lovely to around. They brought humor, often self-deprecating, to any situation. And they were very conscientious young adults. They looked toward a bright future together, but they knew it would take a lot of hard work to get there. The Caspersen family's wealth was never visible in Andrew. He has always been a modest, unassuming man who spent to live rather than lived to spend. Andrew and Cat both worked assiduously to get into Princeton and then, for Andrew, Harvard Law School, and they did not take the privilege of being in exceptional schools lightly. They also did not take each other lightly. They treasured each other and looked forward to a shared family life, as Cat confided the week before she died, "we are getting ready to be young marrieds."

Andrew always took deliberate care of his loved ones. When I was a teenager, he gave me thoughtful advice on college life, always invited me to his and his friends' parties and escorted me home from them regardless of the time of night. He was a respected and responsible young man, and his peers looked up to him. In June of 2001, Andrew invited me to a party at his apartment to cheer me up after a recent break-up and there he and Cat introduced me to a good friend of theirs, Trevor Magyar, who would become my husband. Andrew did many things to support Trevor's and my relationship in the years that followed. He also often cooked dinners for us in his small bachelor apartment. His generous encouragement of our relationship was all the more remarkable given that Andrew lost Cat only three months after introducing me to Trevor.

I spent September 11th and the weeks that followed with Andrew in the MacRae's apartment. He was a model of grace and courage in the face of devastation. Watching him come to terms with the loss of Cat was devastating, but during those weeks, he devoted all his energy to

supporting Cat's parents and sister. He lived with the MacRaes for a few weeks before moving into Cat's apartment, and I would come in the early morning and stay through dinner time, to be with MacRaes, and answer their phone. Andrew often sat near me in the kitchen, engulfed in grief, but resolute in his determination to keep himself in one piece, for the MacRaes, and for his own family. My parents had Andrew and the MacRaes over for dinner often throughout those first few months without Cat, and Andrew was often quiet, but unfailingly gracious and appreciative of any small gesture of sympathy. Though Andrew was always fairly reserved, when he stood up at Cat's memorial, he poured forth his love and grief with an eloquence and power that left no eyes in the church dry.  Listening to him speak that day, and watching him mourn over the months and years that followed, it was hard to imagine he would ever move forward, fall in love again and create a family.

In the years after Cat died, Andrew was a stalwart friend. He served as a groomsman at countless weddings of his and Cat's friends, visited Cat's family on weekends, called her friends on their birthdays and celebrated their birth of their children. Though he was always present, he was always alone, and his braveness was sad. Then he met Christina, and she was an answer to so many of our prayers. She gave Andrew back his life, and a chance at true fulfillment. Christina is a marvel. She is profoundly generous, endlessly kind, unfailingly hard-working and piercingly intelligent. Christina whole heartedly embraced Andrew, and accepted the traumatic losses, of Cat and then of his father, that had piled on top of him. And just as Andrew's devotion to Cat had extended to her friends, so too, Christina's devotion to Andrew led her to embrace his, including me. Christina quickly became one of my dearest friends, and I treasure the dedication and empathy that she brings to everyone around her.

Andrew and Christina are a loving couple with many dear friends. They had challenging careers, but showed up whenever and wherever their family and friends needed them. They poured energy into charitable endeavors, were committed to their faith, and doted on each other They delighted in their nieces and nephews and friends' children, and it was a joy to see Andrew and Christina become parents themselves. Christina savors her children and pours her heart and soul into raising them. Andrew's pride in Jack and Grace and the tenderness with which he cared for them are beautiful. Their children are radiant.

The fact is that Andrew has made the two most extraordinary women I will ever know fall in love with him, and stay in love with him. And he is raising two wonderful little children.

Along with everyone who knew Andrew, Trevor and I were shocked when we heard about his crime. It did not seem possible that the loyal, diligent, trusted friend so many of us adored could have done something reprehensible. I visited Andrew at Payne Whitney a few days after his arrest, and was astonished at how open and agonized he was. "Can you believe I did these horrible things?" he asked, eyes wide, shaking his head, for he clearly not even he could not believe that the person who had committed the crimes was himself. In some ways, the post arrest Andrew was like the Andrew I knew post 9/11: dazed, unbelieving as to what had happened, devastated. As he soon as he began explaining, however, it became clear that this Andrew was utterly unlike that Andrew, this one was ready to shed layers of pain and to talk.

The stoic Andrew we all knew had been hiding an all-consuming illness, and now he was suddenly allowed to let everyone know what had been plaguing him all those years. He said that getting arrested was one of the greatest blessings of his life because the intervention saved his life. Andrew was agonized by what he has done, and knows that he will lose some of the most valuable time of his life because of it.

I continue to believe in Andrew. I believe that if given the chance, he will do everything possible to make up for the wrongs he has committed.

Thank you for reading my letter and considering Andrew's case.

Sincerely,

Meghan Nadosy Magyar     September 19th, 2016



THE DOMINICAN PRIORY AND
CHURCH OF SAINT VINCENT FERRER

September 9, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Honorable Rakoff:

I write this letter in support of the character of Mr. Andrew Caspersen. Currently I serve as Pastor of the Parish of St. Vincent Ferrer and St. Catherine of Siena in New York City. I have held this position since 2010. During this entire time Andrew, his wife, Christina and their growing family have been part of our community.

Andrew has been a solid citizen of our community. He and his family are at Mass each Sunday, either here in Manhattan, or in Bronxville, where they also had a home. When in church, Andrew impressed me as he tried carefully to balance his own participation in worship with attentiveness to a restless young child.

Gradually, as the Caspersens' weekend center of gravity shifted to Bronxville, we did see less of them. However, when they were in the city for the weekend, they were present, concerned and committed to the well-being of the parish.

I note two specific instances of Andrew and Christina's commitment to the parish.

Andrew became a Roman Catholic through the instruction plan of our parish. During the next year Andrew was able to fund the cost of the program from his own resources.

Three years ago we put together a program of after-Mass gatherings for families with young children. The Caspersens were at the heart of this initiative, were present to the gatherings and regularly took turns hosting them.

Since Andrew's arrest I have met with him several times. I am struck by his desire to look directly at the damage done by his behavior. Throughout, his concern has been to make amends to those he has hurt and to safeguard the well-being of his wife and children. In his bearing there has been no hint of self-pity. My first visit was at the psychiatric ward within days of his arrest and he gave me a full confession. His remorse and honesty were real and overflowing. He struggled to understand how he could have committed these crimes against family and friends. When I sat down with him recently, his attitude of accountability, honesty and concern for those harmed hadn't waned. But he had developed a plan on how to live without addiction. He views his recovery as a mission to live a clean life, make amends and care for his family.



THE DOMINICAN PRIORY AND
CHURCH OF SAINT VINCENT FERRER

Honorable Jed S. Rakoff
September 9, 2016
Page 2

I have seen enough addiction in my time as a priest to understand what it can do to moral people. Even the Catholic Church recognizes that sins fueled by addiction are not mortal by their very nature. This is particularly the case when the sinful behavior is no longer purely voluntary but instead is driven to further the addiction. There is no question, based upon my experience with Andrew, that his crimes were driven by addiction and not self-interest. I pray his sentence reflects this.

Regardless of whether Andrew is incarcerated, I have every confidence that Andrew will put his time to good use in repentance and renewal. He will direct his energies toward doing justice.

Thank you for considering this letter.

Sincerely

Walt Wp, op

Walter Wagner, O.P.

869 Lexington Avenue, New York, N.Y. 10065-6648  Tel: (212) 744 2080  Fax: (212) 327 3011

September 29, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Your Honor,

My name is Anne Ameno and I was Andrew Caspersen's assistant at Coller Capital in 2011. I also knew Andrew and his wife, Christina, as fellow parishioners at my church, St. Vincent Ferrer on the Upper East Side. I worked at Coller Capital and attended St. Vincent Ferrer until August, 2015, when I left New York City and moved to Boston to attend graduate school at Boston College. I hope in this letter to provide you with three vignettes that will give you a glimpse into the strength of Andrew's character as I have been fortunate to observe it over the years.

Andrew is incredibly generous and empathetic. Less than a year after I started work at Coller Capital, I sadly lost two family members within the span of a month. The first death was a cousin who took his own life and the second was an aunt who died in her mid-sixties from a chronic illness, but was equally unexpected for our family. Upon learning about my cousin's passing and how he had passed, Andrew sought me out to offer me his sympathy. Not only that, he confided to me of his own personal experience of losing his father the same way, trusting someone who he really barely knew with sensitive information purely for the sake of my comfort and healing. He wanted me to know that I was not alone and that I could talk to him if I ever needed to. I lost my grandmother two years later, after Andrew had left the firm, and no one ever responded to my loss with quite the same kindness that Andrew had.

Andrew is loyal. He clearly loves his wife and his children with all of his heart and it is deeply devoted to them, but it was remarkable to see true loyalty on display in the workplace. He had nearly filial affection for the president of the New York office of Coller Capital, Frank Morgan, and had followed him to Coller Capital simply because he thought so well of him and trusted in their mutual commitment to each other's success. Finance is a transient industry and loyalty often only extends as far as it benefits one's wallet. Yet Andrew followed Frank from Harvard Law School to what at the time was a small private equity firm with an unimpressive six-cubicle New York satellite office. He admired Frank and stood by him, and I admired his devotion. Andrew had continued to play a key role in the success of Coller's New York office up until his departure, clearly aiming in part to make his mentor proud. Only one who is good could have developed such a relationship in the dog-eat-dog financial world.

Lastly, Andrew is humble, generous, and authentic. I realized that Andrew and I attended the same church when I saw him and his then-fiancée, Christina, at Mass on Holy Thursday, 2011. Feeling too shy to greet a man who essentially my boss at a new job, I intended to simply shuffle out of the church hopefully unnoticed and acknowledge that I had seen him in the office the

following day.  Instead he and Christina kindly sought me out and were so pleased to see me outside of work.  This was an interaction that reinforced what I learned later was simply the strength of Andrew's character- I was no less than he was in his eyes because I worked for him.

I learned the following day at the office that Andrew was in the process of converting to Catholicism, the faith that his wife, Christina practiced.  As a cradle Catholic, I have seen many converts to Catholicism, particularly those who appeared to be joining a future spouse, never step through the doors after their reception into the Church at Easter Vigil.  Andrew was different.  It was clear that if he was going to be Catholic, he was going to align his life to being Catholic because to do so would have been inconsistent with the oath he had taken. I saw Andrew throughout the years at church and watched him sponsor another new Catholic and simply attend Mass and socialize with his wife and growing family.  I was in awe of watching someone who had converted having made a genuine conversion.

These memories and many others caused to be shocked at the news of Andrew's arrest and subsequent guilty plea over the last few months.  My sister had seen before I had in the Wall Street Journal that someone from Coller Capital had committed a serious crime and I immediately ran through my head trying to figure out who it could be until I saw the article, never guessing that it could have been Andrew.  I have come to learn that there were a number of addictions at play in his downfall and I can understand how such addictions could have caused the sea change in behavior.  The Andrew I have known is a good man.  I hope that you will see his goodness too and offer him the same kindness that he has always offered me and so many others he has known.

Sincerely,

Anne C. Ameno

Dear Judge Rakoff,

My name is Celia Santos and I am the Caspersen's nanny. A friend of Christina's recommended me to them a few years ago, and I have been working for them ever since Jack was born in 2013. I live a few blocks away from them and they have become like family to me. A friend whose English is better has helped me write this letter.

My experience with the family has been one filled with respect and kindness. They are generous people, and the children, Jack (3 years old), and Grace (1 year old) are very loved by their parents. The family has done everything to welcome me—I have attended Thanksgiving dinner at their house, they have always gone out of their way to celebrate my birthday in special ways and we always have Easter celebrations together. I know that if I need them, they will be there for me and help me in any way. Andrew is a very kind, thoughtful person. I feel cared for.

In my years working for the family, I have never seen Andrew raise his voice, or get frustrated with the children. I have been taking care of children for over 30 years and have babysat for dozens and dozens of families. Andrew stands out as one of the most generous, kind and decent fathers I have worked with. He has always impressed me by how respectfully he has treated everyone – his wife, his children, his mother, his in-laws, anyone who helps out in their home, etc. He is completely devoted to his children and their well-being. Grace is a willful child, and, although she is only one year old, she insists on doing most things herself. When Andrew walks into a room, her willfulness disappears and she lights up. It is as though no one else exists but her father. Similarly, when Jack has learned something, he cannot wait to share it with his father.

A friend of mine showed me the news of Andrew's arrest when it happened. I was shocked. My first thought was "this can't be right… This could never happen to Andrew. He would never do something like this." Sadly, the news was true. These actions were completely and totally different from the person I have seen nearly every day for 3 years. My only hope now is that he is not separated from his children for too long. They will miss him greatly and the family will suffer without him.

Thank you for reading my letter

Celia Santos

Celia Santos

Meredith Gordon Naftalis

███████████████████

September 28, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

     **Re:**    **Andrew Caspersen**

Dear Judge Rakoff:

     I write to you regarding my friend, Andrew Caspersen. I have known Andrew for over 25 years. We first met in 1990 at Groton School, where we were classmates and became fast friends. We remained close through college, while I was at Yale and he at Princeton, seeing each other here and there at football games or while on breaks from school. After college, we socialized regularly; and we have remained good friends. Most recently, we worked together as fundraising agents for our Groton form.

     I can list a variety of adjectives I'd use to describe the Andrew I've known for over a quarter century: loyal, quick-witted, funny, smart, confident, hard-working, strong, gentle, warm, kind. Some of these adjectives are contradictory. But I feel that's part of Andrew's personality—he contains multitudes, as they say. I have seen him captain a high school football team and serve as a prefect to younger students, positions that demanded both leadership and teamwork. I have seen him with his arms around his buddies, celebrating a significant birthday, smiling ear-to-ear. I have seen him give a touching and heart-wrenching eulogy for the girlfriend who was killed on 9/11—a moment I will never forget as he revealed so publicly his vulnerability and devastation.

Of course, you know Andrew as a man who has pled guilty to a serious crime, which impacted many. It is hard for me to believe that this person I have known for so long—and thought I knew well—did these things. But the Andrew I know has accepted responsibility and is working hard every minute of every day to get better, make amends, and repair the damage done. Though I do not personally know his wife and young children, I know from friends that he is a loving husband and father, and that his family loves him dearly in return. I know that this will carry him through as he serves his sentence and reenters the world a better man with a resolve to do good.

In closing, I respectfully ask that you consider my words—and the words of the many others who have written on Andrew's behalf—and fashion a sentence that takes account of a person who is deserving of leniency and a second chance.

Yours sincerely,

Meredith G. Naftalis

Russell P. Pennoyer

August 26, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
5000 Pearl Street
New York, N.Y. 10007

Dear Judge Rakoff:

I am writing in support of my friend Andrew Caspersen.

While I never had any professional encounters with Andrew I have been an investment banker for almost 25 years and am currently a senior advisor to Brittany Capital Group. I am also an attorney, having received my J.D. from Columbia Law School in 1982.

I was a friend of Andrew's father Finn, before his suicide in 2009. My wife Helen, a social worker, and I are also old friends of Andrew's in-laws, Jane and Paul Frank and we were at Andrew's and Christina's wedding in 2011. Helen later taught Andrew and Christina Lamaze childbirth classes to prepare them for Jack's birth and also helped Christina prepare for Grace's arrival.

Like so many of their friends, Helen and I were shocked and saddened by the news of Andrew's arrest in March. Helen has visited Andrew and Christina frequently since then, bringing meals, books and clothes for their children and talking with them about the impact of Andrew's crime on their family. I have also visited their home, taken them out for a meal, and was in your courtroom on July 6 when Andrew pled guilty to the government's charges against him.

I cannot pretend to understand the demons that drove Andrew to commit his crime. However I have spent enough time with him since his arrest to see both that he fully understands the seriousness of what he did and that he was being genuine in his anguished expression of remorse you witnessed on July 6.

While Andrew's remorse of course leads him to talk about the people he defrauded, he is also deeply sorry about the impact of his crime on his young family. His deep faith has been a support as he navigates this time and has given him determination to address his addictions. His two children are in a sense also his victims, and even more vulnerable ones. Jack, now three years old, is a dynamo of energy and curiosity. Grace, at one, tries to keep up and no doubt some day will. Andrew has spent much of his time at home with their children since his arrest. He is a patient and loving father. We know that after his sentencing they will be apart for a period of time but hope that somehow the need these small children have for their father might be one factor you consider in determining what is a rational sentence.

Sincerely,

Paul Michael Frank

███████████████████

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

October 10, 2016

Your Honor,                           Re: Andrew W.W Caspersen

   I am Christina Caspersen's father, Jack and Grace Caspersen's grandfather and Andrew Caspersen's father-in-law, seeking leniency for Andrew. I have been a practicing lawyer for more than fifty years (I am a HLS 1963 graduate), as an associate and then partner of Alexander & Green that became in time Alston and Bird and a partner in the Manhattan office of Hodgson Russ LLP for more than 10 years, working in a fiduciary practice, including not-for-profit corporations, foundations, trusts and estates. I also have been a Trustee and Chairman of the Board of Fordham Prep which my father and both brothers also attended, as well as holding leadership positions in the State and City Bar Associations, including as Chair of the International Section of the NYSBA and as a Member of the Council on International Affairs of the City Bar.

   I can still recall Andrew in our kitchen asking Jane and me for Christina's hand in marriage in 2010. It is never easy for a father to let go of a beloved daughter, but I recognized that Andrew and Christina were a perfect match. I recall Andrew's brother Sam telling me at the time that Andrew was the most moral person that he had ever known. That sentiment was consistent with the view of many and was far more important to me than Andrew's career or wealth. Yet, barely six years later, I watched Andrew plead guilty this past July in your courtroom for defrauding friends and family, including that same brother, out of many millions. How could I possibly support him given how much his crimes have hurt my daughter and others? I have given a great deal of thought to this question. I hope my thoughts are helpful as you weigh judgment just as they have been to me as I have counseled and consoled my daughter.

### Andrew's Gambling Addiction Is Astonishing

   Andrew's gambling addiction is beyond anything I have ever heard or read about. I now recognize Andrew was completely ashamed of his addiction and hid it as much as he possibly could. Andrew was incapable of asking for help until it was too late. To compound matters, his drinking and gambling fueled each other until they were both completely out of control. Since he hid his drinking and gambling so well, I have had to learn all about it following his arrest.

   But for his compulsive gambling, I am convinced that Andrew would never have committed fraud. His addiction was indeed a necessary condition to his crime. But why was it a sufficient condition? Why could he not still apply his strong sense of morals and judgement to counter his addiction? I have a deeply vested interest in the answers to these questions and here is what I have concluded.

   *Andrew Was Incapable of Seriously Seeking Help.* My understanding is that Andrew was raised in an environment that looked at mental illness with suspicion and addiction with cynicism. When he did receive limited therapy following his loss on September 11th, I gather that Andrew never committed himself to the process and did not return for another decade by which time his gambling addiction had overtaken his life.

***Andrew's Regular Cash Infusions Accelerated his Addiction.*** Andrew has told me that for nearly two decades, he received regular distributions of family money that were directly wired into his trading account. The result was the same every time: complete loss of capital followed by more cash. It was a recipe for disaster.

***The Demise and Suicide of His Father.*** The Demise and Suicide of His Father. Based on my conversations with Andrew and Christina, it is clear that Andrew modeled his entire life around his father. When his father took his life in 2009, that image was shattered. His grief was compounded by depression. Instead of processing it effectively, Andrew escaped with the help of alcohol and gambling.

## Andrew's Recovery is Sincere and Impressive

Andrew has been profoundly ashamed of his crimes and the impact they have had. In the days following his arrest, he displayed deep remorse and would write Jane and me notes, including the following:

*I am ashamed to have failed you so stunningly. When I asked your permission for Christina's hand in marriage on the kitchen couch and you agreed, I was ready to stand in your place to look after and care for your wonderful daughter. My actions have betrayed my promise to care for your beautiful girl. I am deeply saddened to have put your grandchildren at risk. Jack and Grace are my angels but they are also your angels. And they are far, far worse off on account of what I have done. I am terrified by the situation I am forcing you into. The burden, exhaustion and despair that I've forced on you is beyond cruel. I am deeply ashamed and sorry for many of my actions and their consequences.*

I have come to learn that this feeling of remorse, if channeled correctly, can be an incredible strength in an addict's recovery. That is exactly what we have seen with Andrew.

I would not be writing this letter if Andrew's addictions were not so astonishing or his recovery not so impressive. I repeat my plea for leniency so that Andrew can be around for Christina, for Jack and Grace, for his recovery, and for our family. Your honor, in my 50 years as a practicing lawyer, I have seen many sad experiences. I believe that I have the perspective to realize that this crisis, while very difficult for my own daughter and her children, will change Andrew's life for the better.

Respectfully submitted,

Paul M. Frank

September 6, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: Character Letter on behalf of Andrew Caspersen**

Dear Judge Rakoff,

I'm writing this character reference letter for my friend and former colleague, Andrew Caspersen. Quickly, and to provide some context, here is a brief background on who I am and how I know Andrew: I am a 38-year old female Partner at Coller Capital where I have worked since 2007. I come from a very modest (lower-middle class) family in Washington State and have an undergraduate degree from the University of North Carolina at Chapel Hill and an MBA from Columbia Business School.  I frame my background for you this way so you know that I do not come from the same world of privilege as others you may hear from in this context.  I have worked very hard to get where I have professionally, and Andrew was a big part of my professional development.  I met Andrew when I interviewed with and then subsequently joined Coller Capital as a Senior Associate in 2007. In addition to working with Andrew on a daily basis during that time, he also served as my mentor and we developed a close working relationship and friendship.  After Andrew left Coller Capital, we continued to work together professionally on various transactions while he was at Park Hill up until the point he was arrested earlier this year.

Although Andrew comes from a very different background than I do and while he can come across to those who don't know him as aloof or stuffy, I have always believed that Andrew is a good man with a good heart.  He has always been a friend to me and I was absolutely stunned when I learned of his crime – it was unbelievable to me that this person who I would have described as "straight as an arrow", "conservative", "trust-worthy", and so on, had committed such a brazen crime.  I know he is guilty of fabricating an investment opportunity, effectively stealing from friends, family and institutions and gambling the money away on options.  In fact, I was one of the deal leads on the <u>real</u> Irving Place investment made by Coller Capital, and am aware of what he did and how he did it. With this brief background, I am writing today to ask for your leniency in sentencing Andrew in November.

The Andrew I have known is someone who is absolutely in love with his wife and children.  I remember when he met his now wife, Christina. He was absolutely taken by her and during our mentor/mentee lunches, we would talk about their dates and how it all was going.  Before he proposed, he picked up the ring from the jeweller and brought it back to the office, proudly showing it off (and Andrew is not a showy person – in fact, just from meeting him, you'd never know that he came from a family with money) – in love with her and excited to be starting a life as husband and wife. If memory serves me correctly, they got engaged on a trip to Alaska – I remember that Andrew called to share that she had, indeed, said "yes!".  Christina has become a rock for Andrew – starting with his father's suicide in 2009 and now with this tragedy and the likelihood of Andrew going to jail. Back in 2009, three of us (Frank Morgan, Jin Kim and me) from Coller Capital attended his father's

funeral in Morristown, NJ, where Christina played a huge part in orchestrating the large and beautiful service. She is clearly completely devoted to him and their children, as he is to them.

When it came to my mentor/mentee relationship with Andrew, I always appreciated his candor and behind-the-scenes support for me and my career. The New York finance world can be an intense and sexist place to work, particularly for a somewhat naïve woman (like I was) but he took the time to help teach and mentor me. It is hard to give you specific examples about our mentor/mentee sessions, but you should know that it takes a certain personality for someone (Andrew) to spend the time and energy to help someone else (me) navigate their career over a long period of time – in this case, 4 years.  The world needs more mentors and Andrew was a great one for me.

In addition, I have always been touched by Andrew's generosity.  One specific example was in mid-2012 when I moved out from a shared apartment with my then-boyfriend after a nasty breakup.  I was in touch with Andrew and he knew my sob story – I had stupidly sold or given away a lot of belongings to move in with this boyfriend and had to start from scratch again when I moved out. Andrew had this huge and HEAVY plasma flat screen that he gave me.  Not only did he insist on not taking any money for the TV, he offered to get it up the 5 flights of stairs to my walk-up apartment on the Upper West Side.  And he did.  A kind gesture and a small example of the kind of man I know Andrew to be.

Finally, I had lunch with Andrew in recent weeks as he reached out to explain his actions and to apologize.  I was shocked to learn the extent of his addictions – both to gambling and to alcohol – as I never saw evidence of either in the 9 years that I have known him.  He is clearly a changed man: humbled and contrite, embarrassed.  I am not a religious person, but I do believe in forgiveness and redemption and believe that Andrew will do something good with his life, for his family, friends and community once he has paid for his crimes.

Thank you for considering this letter and my perspective.  Again, I ask for your leniency in sentencing Andrew Caspersen this Fall.


Thank you for your consideration.


Sincerely,

Margaret Brotherton


Margaret Paige Brotherton

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is Brooke Horgan and I have known Andrew for the past 25 years. Andrew has been a loyal friend to my husband and me, and the jovial "Uncle Andrew" to our three children. I am writing this letter to share how Andrew's kindness, compassion, thoughtfulness and loyalty have made a profoundly positive impact on our lives and on the lives of others.

Andrew and I first met as teenagers in Rhode Island, where we both spent our summers. Andrew was known around our summer community for his work ethic — doing landscaping and gardening during the day, and bartending parties at night. Andrew could easily have spent his summers on the beach, like most other teenage boys his age, but instead focused on keeping himself busy and helping his community. Up until his arrest, I can attest that many, many parents of younger children in our small community in Rhode Island viewed Andrew as a role model for exactly how they wanted their sons to develop personally and professionally.

I got to spend even more time with Andrew as classmates at Princeton, particularly on long drives home for the holidays in his beat-up station wagon (which he continued to maintain for years as his only car). Andrew was always offering friends rides, inviting friends home for weekends and holidays, and embracing a "more the merrier" approach. College can be tough to navigate at times, so it was always comforting to me—and many others—to know that Andrew was always willing to offer an ear, a hug or a lift. He was a voice of reason whenever I needed it.

My husband and I met Andrew's wife, Christina, on their first real date—at a fundraiser for a cause dear to Andrew's heart. No fancy wining & dining, just an evening with his family and friends in support of a good cause. This is Andrew in a nutshell, and I loved immediately that Christina's spirit matched Andrew's down to earth nature. Yes, Andrew grew up privileged and had a successful career, but at his core, he's grounded in family and friends, not material things. As Andrew's career at Park Hill took off, and his income increased, Andrew's lifestyle changed little – except that he seemed only to be more generous towards his friends and causes that he cared about.

Andrew's kindness and generosity have always been exemplary—with friends and family, but also with acquaintances. A few years ago, Andrew quietly stepped in to help a junior colleague who was losing her job for failing the Series 7 examination a second time. After learning that this Taiwanese woman had a mother who was sick with cancer and in the United States receiving treatment at Sloan Kettering thanks to her daughter's H-1 visa, which would expire if she left the company, Andrew went and spoke to his boss to get her a 9-month extension to her visa and worked tirelessly to find her a job at another firm. Whether it was helping work colleagues or old friends, Andrew could always be counted on to do anything in his power to help during difficult times. This is undoubtedly why so many of Andrew's friends are stepping in to help him today—because we all know he'd do the same for us, relentlessly.



When we heard the news of Andrew's arrest, my husband and I were stunned. Andrew is the last person that either one of us would ever dream to be in this situation. We've always known him as someone with the highest moral fiber. He is the friend that has always had his priorities straight and a set of values that anyone would hope to bestow upon their children; it is not a coincidence that Andrew is the godfather to many of his friends' children. Those same qualities also led some of us to designate him as trustee of our children's savings accounts. Despite Andrew's crimes, we trust him no less now as we know in our hearts that his behavior was entirely driven by addiction.

Andrew and I have many common friends, several of whom are victims of Andrew's crimes. It breaks my heart to see the pain that they have ALL endured these past 6 months. These victims were some of Andrew's closest friends. While some may find it strange and contradictory that I remain close to both the perpetrator (Andrew) and the victims (some of my closest friends), in this case the opposite is true. No one – not even the victims – have questioned why I am supporting Andrew and his family. In fact, several of them have even told me how grateful they are that I am helping Andrew and his family through this chapter since they – for obvious legal and emotional reasons – are not able to. Anyone who knows Andrew well seems to intuitively understand that Andrew's actions were the result of a compulsive addiction. I beg you to consider this as you determine his sentence.

There is no doubt that Andrew has a challenging road ahead, but if the past six months are any indication of his commitment to his recovery, I am confident that these trials will lead Andrew to do incredible things in his lifetime. Someone recently wrote to me, about Andrew, that "extraordinary people endure extraordinary trials", before commenting that he knew that Andrew, if given the chance, would go on to live a very meaningful life. Those seem like unlikely words to use about someone who committed crimes as serious as Andrew's, but I think that many of us feel the same way. I firmly believe that Andrew will rehabilitate and add so much good to this world if given the opportunity.

In closing, I respectfully ask you to consider leniency when evaluating Andrew's case. Hunter and I stand by ready to support Andrew in the years ahead. He and his family are an extension of our family and, like so many of their friends, we are eager to help them in any way that we can.

Sincerely,

Brooke D. Horgan

**Ann B. MacRae**



Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

September 20, 2016

Re Andrew Caspersen

Dear Judge Rakoff,

My husband and I were victims of the crimes committed by Andrew Caspersen. Although I was a victim, I am standing by Andrew now and I believe that the crimes he committed are not at all indicative of the man we know and love.

I am 69 years old and I live in Manhattan, where my husband and I raised our two daughters. I was a docent at the Metropolitan Museum of Art for twenty years and I now serve on the Board of Harlem Academy.

I have known Andrew since 1997, when he began dating our daughter, Cat MacRae, while they were both students at Princeton. Our family spent a lot of time with Andrew and Cat while they were dating. My impression of Andrew during those years was of a young man who was unusually thoughtful, responsible and mature.

Our daughter, Cat, was killed on September 11th, 2001. She had worked at Fred Alger Management on the 93rd floor of Tower 1 of the World Trade Center. On the morning of September 11th, Andrew called me from Cambridge, Massachusetts, breathlessly asking if I had any news. Andrew wasn't allowed into NYC that day, but he arrived at our apartment early the morning of September 12th and he stayed with us, sleeping in Cat's bed for two weeks. As friends came in and out of our apartment, Andrew could barely speak. He sat, stone-faced, as tears streamed down his face. He

told me he didn't know if he could go on. While he was staying at our apartment, I would check on him each morning as he slept in Cat's bed, to make sure he was still alive.

Two weeks after September 11th , Andrew drove our younger daughter Annie back to Amherst College and settled her in. Andrew returned to Amherst a few weeks later to celebrate Annie's 20th birthday with us, but he had to leave early because there were two funerals for other employees of Fred Alger that next day in New York. Three years later, Andrew went back to Amherst for Annie's graduation in 2004. He knew how much it would mean to all of us to have him there.

When Andrew left our apartment two weeks after September 11th, he moved into Cat's rental apartment which was nearby. He took a leave of absence from Harvard Law School and spent a lot of time with our family. Andrew stayed in Cat's apartment for five years with all of her furniture and most of her belongings still there. Andrew's friends were compassionate and supportive of him, but Andrew had no interest in a social life. He told me he would never get married, and that I shouldn't even discuss the possibility with him. He had no interest in moving forward with his life.

During the five years after Cat's death, Andrew and I created a very close bond. We were open with each other about our grief and I tried as best I could to look after him – both his physical and mental health.   I started seeing a grief therapist in January, 2002 and I suggested to Andrew that he should see someone as well. It had always been difficult for Andrew to open up to others, and he was not interested in pursuing therapy.

With Andrew, our family created the Cat MacRae Fund in the fall of 2001.  The Fund supports reading, writing and math programs for low income children in NYC. Andrew and I worked very hard on launching the Fund and finding the programs which we thought were the right fit for our goals.  It was very important to Andrew that Cat's legacy survive in this way.  This commitment to improving the lives of others has always mattered to Andrew. Since his arrest, he has been working at a soup kitchen in Harlem, run by the sisters in Mother Teresa's order.  Andrew started working at the soup kitchen at the suggestion of a priest who saw him in the psychiatric ward following his arrest.   Andrew is still working at the soup kitchen a number of days a week.  For Andrew it is both a religious experience since he helps lead readings and

prayers each morning, as well as an altruistic one as he helps to feed the homeless there. Andrew converted to Catholicism in 2011 and is deeply committed to his faith.

The second major trauma in Andrew's life was his father's suicide in Sept. 2009. His father shot himself near their house in Rhode Island a few hours after Andrew had spent the weekend with his family there. By then, Andrew had met had met his future wife, Christina Frank and it was Christina who guided Andrew through another unnatural and horrific death of someone he loved.

Andrew found happiness in his life again when he married Christina in 2011. Christina is an extraordinary young woman -- gentle and strong, deeply caring and wise.  I have always been impressed by Christina's intelligence and grace, but I am more in awe of her than ever since Andrew's arrest, as she manages the endless challenges she has had to face in the last few months. She is devoted to Andrew and understands that it is mental illness that drove him to commit his crimes.

Like so many others who respect and admire Andrew, I was completely shocked when I learned that he had been arrested and when I heard the details of his crimes. I know he has pleaded guilty to these crimes. Despite the fact that I was a victim of these crimes, I did not hesitate for one minute to fully support Andrew and to try to understand what had caused this completely uncharacteristic behavior. Shortly after his arrest, I visited Andrew at the psychiatric wing of NY Hospital. We talked at length about what he had done and how desperate he had been to cover up his addiction. He had wanted to stop trading/ gambling, but he just couldn't. He said he knew what he had done was horribly wrong, but at the same time he was relieved that the tortuous pain of addiction and deceit had ended.

Since his arrest, Andrew and I have seen each other almost every week.  Andrew is devastated by the harm he has caused to many of his friends and family.  This is a man who treasured his relationships with these people. I have forgiven him because I know that the man who committed these crimes is not the Andrew Caspersen we all know and respect. With intense psychiatric therapy, he is learning to understand the causes of his addictions.  We have long talks about the traumas in his life, as he is just now beginning to understand the impact these events have had on him.

A few months after his arrest, Andrew wrote to me saying he was deeply sorry for having caused our family any pain and that one day he will make us proud of him. Andrew has strong faith in God and he believes that he has been given a second chance. He understands that his life will never be the same, but he looks on this as a challenge he is prepared to handle.  He is mentally and physically stronger now than he has been in a very long time. With his wife Christina by his side, and their two adored children, Jack and Grace, I believe Andrew will create a life of which I will be very proud.

I hope that I have helped you to learn more about Andrew and to appreciate the kind of man he is.  I am also hopeful that you will grant him a lenient sentence so he will not be separated from Christina and his children for too long.

Sincerely,

Ann MacRae

Mary Schwarz

████████████████████

September 15, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I am writing on behalf of Andrew Caspersen, who I understand has pleaded guilty to serious financial crimes.

I am a former journalist who has been teaching religion classes to adults in two New York City churches for the past ten years. I met Andrew seven years ago, when he came to my classes at the Church of St. Vincent Ferrer on Lexington Avenue for people interested in becoming Catholic. At the time, Andrew was engaged to his wife, Christina, who attended the church. Because he didn't want Christina to think he was becoming a Catholic for her sake, he told her nothing about his attending the classes. He wanted to take his time and really make an informed decision about becoming a Catholic before telling Christina, lest she think that it was only being done to please her. However, in the interim, she realized he disappeared every Sunday afternoon, and not knowing why, was quite upset until he explained.

Perhaps because I knew that Andrew's first love had been killed on 9/11, I immediately sensed that I was dealing with someone who was suffering, despite his obvious success in life. Because of the nature of my classes, Andrew and I had a number of very personal and deep conversations. While I was aware of Andrew's father's suicide, Andrew never wanted to talk about it; it was clear to me that this was a topic that Andrew was still very much struggling with more than a year later. I felt Andrew was a person of great intellectual honesty who had a very strong desire to do what he believed to be right. At the first class, I gave people a book list, asking them to buy only one book, but giving them about ten extra titles in case they were interested in reading more. Andrew went out and bought all the books and read everyone one of them – something I didn't discover until the end of the year.

That he was totally committed to Christina and their future family life together was obvious. He expressed great admiration and love for his prospective in-laws. I know that he and Christina visited them almost every weekend, and he felt they were a second family. They, on the other hand, were deeply moved by Andrew's religious conversion, when it became known, and it had a powerful effect of them – leading, for instance, to his mother-in-law's going to confession for the

first time in two decades, despite being a daily church-goer. In my experience, a person only has that kind of impact on others if their own conversion is genuine and deep.

From my conversations with Andrew, I also learned that he was a very humble person, despite his social background and success, perhaps because of his sufferings in life. When I commented once that Christina was lucky to get him, he looked shocked. Andrew was never one to think of himself as a 'good catch'. He had good relations with the other students in my class, who were from all walks of life. When the news stories about Andrew's behavior broke, a half Japanese, half Chinese young woman, an immigrant who lived in Queens and an aspiring musician, wrote to tell me how heartbroken she was. These are her words:

> He and I had many nice conversations about the topics covered in your weekly classes, and I remembered him only as a nice classmate. I really don't recall Andrew as someone who would be capable of doing these [sic], *he was very nice to me and to other classmates there as well, and I really enjoyed discussing with him* [italics added], he is a very intelligent person. People say you never know about one's true character. That may be right. But in my impression, I don't think he sounded like he was in his right mental state either when he did these [sic]. I really don't know what happened to him, it sounds like he has been in a lot of psychological problems already to begin with and I am just very sorry he and his wife had to go through this way."

Then she added, "He is still my spiritual brother."

I've known Andrew to be very generous. He took the entire class out to dinner to celebrate the night they were baptized and confirmed. The following year, when he discovered that I was trying to fundraise from foundations to help pay for my salary at the church, he immediately offered to pay the entire amount of $20,000 and sent a check to the church. When the boiler belonging to the Franciscan Sisters of the Renewal, who run a soup kitchen out of their convent in Harlem, where Andrew and Christina had volunteered, broke beyond repair, Andrew did not think twice about offering to buy them a new one, at a significant cost.

Andrew felt a great debt of gratitude to our church, and wanted to help as much as possible, offering to be on the finance committee or parish council. In addition, Andrew and Christina were members of a small committee that ran a coffee hour for young families. He and Christina always wanted to stay in touch, and invited me as well as the pastor of the church to his home for dinner a number of times over the years. I was invited to the baptisms of their children. In this way, I got to know not only Andrew, but also Christina and her parents. So although I didn't see Andrew all the time, I observed his relations with his wife, in-laws and children for six years. He is a very devoted father, who spent a great deal of time with his children, deliberately forgoing any weekend babysitting help, so that he and his wife were with the children as much as possible on weekends. I visited Andrew at Payne Whitney a few days after his arrest. From that first conversation, I know Andrew suffers over the possibility of being separated from his children and the harm that it might cause them.

I have spent a lot of time with Andrew following his arrest and exposure. Andrew has expressed enormous remorse at what he has done from our very first discussions. He was very surprised by

my support and by that of our pastor. He did not expect it or think he deserved it. He was horrified at what he had done, and had planned to take his life only two days after his arrest. He and Christina have told me many times that they consider it a huge blessing that he was arrested before that tragic outcome could happen. He told me that he was praying for a sentence that is just, whereas I wanted him to pray for a sentence that is merciful.

I believe that Andrew is a very good person who got caught up in a powerful addiction that was stronger than he was. He speaks openly about redemption and about using the experience of being stripped of everything to rebuild himself into a healthier, holier and completely honest person. I plead for your leniency, Judge Rakoff, as you sentence Andrew.

Sincerely yours,

Mary Schwarz

September 21, 2016

To: The Honorable Judge Jed S. Rakoff,

My name is Josh L. I am a fellow GA brother of Andrew C. I came into this program 2 years ago after having completely destroyed my life as I knew it. I had just lost my job and due to the circumstances around my termination, my family, friends and coworkers all found out I had been lying to them for years. Nobody knew about my problem until it was nearly too late for me. Thankfully, with the help of the GA program, therapy and a visit to a 3-week inpatient program at a rehabilitation facility in Virginia, I have steadily been able to rebuild my life. GA not only helped me cope and get through the tough times I have faced but also gave me a place to go where I didn't feel alone and could relate to people who faced similar struggles and could learn from how they had dealt with those situations. It truly changed my life.

I first met Andrew at our beginners room and over the last few months have grown to learn more about him and his situation.  Just like me, Andrew cares deeply for his family and has been very focused on getting healthy and being a better father and husband.  I was able to relate to him right away as I also went through a similar situation where my freedom was in jeopardy. Thankfully, i was given the chance of probation, which has allowed me to continue my recovery and rebuild my life.

Every week Andrew's therapies become more and more open and he is becoming a part of our room and this program.  Andrew always speaks about his remorse for his crimes and how it not only impacted the victims, but also his wife and children.

As a person who has gone through the stress of waiting and not knowing - all of that uncertainty can nearly cripple a person. GA helped me immensely throughout all of this and I feel it has done the same for Andrew. It's ironic how when I was gambling and needing money all of the time for it I felt constant stress and anxiety, but in hindsight, the aftermath of my gambling proved to be much more stressful.

Before two years ago I wouldn't have thought this, but sometimes you have to destroy nearly everything in order to find your way back. I am not taking my opportunity lightly and strive to become a better person living a healthier life. I am certain Andrew is eager to continue his recovery and rebuild the life around him that he so thoroughly knocked down. He has a strong foundation with the loving support of his wife and children.  I can only ask for leniency as I know from my own experience that the opportunity I was given is certainly not being taken for granted.

Thank you for your time.

Sincerely,

Josh L

Norah Coelho



Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

August 7, 2016

Dear Judge Rakoff,

I have been friends with Andrew Caspersen for nearly 20 years. We met as students at
Princeton University in 1996. I am a Washington, DC, native, but have lived in London for 12
years, where I am now a Director at PayPal heading up our small business credit area,
provides financing to small businesses across the UK. I am a married mother of 2 young
daughters.

Andrew was a year older than me at Princeton.  We knew each other socially, and then saw
each other frequently when he began seriously dating my roommate, Cat MacRae. When
Cat was killed on September 11th, I saw how profoundly Andrew was affected. Each of us in
our early 20's and grappling with emotion, grief and fear, we supported each other and our
circle of friends and family through that intensely confusing period. On September 13th,
Andrew and I happened upon each other in a line of grief-stricken loved ones queueing at a
St Vincent's facility in Greenwich Village to register our friend as missing. What a terrible
experience for recent college graduates – each of us clutching photographs of Cat to add to
the bios being written of each missing loved one. It was a meaningful moment that shifted
my relationship with Andrew from social acquaintance to a familial bond. Andrew often
called me in the weeks after to talk, cry and reckon with what we had been through.
Privately, I saw the profound anguish and grief he experienced, greater even than my own,
and how he wrestled with continuing on with the real world after experiencing such trauma.
Through the following months, Andrew and I worked with a small group of friends and
family to find ways to honor Cat's memory, including arranging for a portrait to be painted
and hung in a meaningful building on Princeton's campus, an old-fashioned tribute to a
vibrant, young woman amidst the many portraits of the dead from the World Wars.

Years later, I was delighted when Andrew fell in love with and married another dear friend,
Christina Frank. A smart, successful, kind woman, Christina rejuvenated Andrew and helped
him be lively and social again after many difficult years coping with tremendous loss. I was
overjoyed to see him embrace Christina's Catholic faith, and to start a family with her. What
a gift after such a great loss. Despite me living in London, Andrew made great efforts to

maintain our friendship, often arranging a meal on business trips to London, and kindly bringing baby gifts to celebrate our growing family. I particularly remember Andrew and Christina, parents to an infant themselves, and in London briefly for another friend's wedding, visiting our newborn in our tiny flat in London. Andrew made great efforts to sustain our friendship despite a distance which could have let it lapse.  Several summers ago, Andrew, Christina, and their toddler Jack came to visit my extended family on a vacation in New England, allowing me to see him in action parenting a toddler. I was delighted to see Andrew as a warm, energetic and engaged father with Jack, monitoring his Cheerio intake and keeping dirty fingerprints off walls.

Most recently, Andrew selected matching pajamas for my now-toddler and newborn baby, and sent them to London with a mutual friend. I now realize that this was just weeks before he was arrested.

I think of Andrew as one of the most principled, quietly upright people I know. I know that Andrew has pled guilty to a crime. I am distraught with this turn of events, so out of keeping with the man I have known for 20 years. He behaved with such integrity and quiet devotion to our lost friend, Cat, and more importantly, moved through that terrible era to become a wonderful husband to my dear friend Christina, and a father to Jack and Grace. I struggle daily to parse these things. What he has admitted to doing doesn't erase our friendship, and I will always think of him dancing joyfully at his wedding to Christina and chasing after rascal Jack as lasting memories.

I hope I have shared a picture of the Andrew Caspersen I know and care greatly for. Thank you for your attention.

Sincerely,

Norah Kelleher Coelho

August 1st, 2016

Sofia Mavronasios



Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Andrew W.W. Caspersen

Your Honor,

My name is Sofia Mavronasios and I work in Marketing at Perella Weinberg Partners. I have known Andrew Caspersen for the last eight and a half years. We met in January of 2008 when I took a job working with him at Coller Capital. We worked together very closely until his departure in 2013. During the five years we worked together at Coller, both Andrew and I had to deal with very difficult family situations- we both had a father/father figure pass away. He was the first person to reach out to me and offer his condolences and support.

I am providing this reference for Andrew Caspersen with full knowledge of the charges against him as well as his plea. Andrew and I have spoken extensively about his wrongdoings and he has been very forthcoming with expressing his utter regret, as well as sorrow, to all involved- either directly or indirectly. He recognizes how many people he has hurt and disappointed.

I found out what happened when a former colleague called me in a panic and asked if I heard what happened to Andrew. My heart stopped and the first thought in my mind was that there had been a horrible accident and he was injured, or even worse, deceased. I never would have guessed that Andrew could be involved in anything like this because the Andrew who was charged and pled guilty to this crime, is not the Andrew I know. The Andrew I know is honest, compassionate, and dedicated to his family, friends, and community.

Andrew understands that his actions bear huge repercussions and I truly believe that Andrew will be spending the rest of his life, not just his prison sentence, thinking about the crimes he has committed and how they affected so many people. Despite the extent of his crime, I believe that an extended prison sentence will serve as a hardship to his family- Christina who has stood by him and is helping him recover, and his two innocent, young children who should not have to pay for their father's mistakes and addictions by growing up without a father.

Thank you in advance for your time and consideration. Please do not hesitate to call me if you would like to discuss this recommendation further.

Sincerely,

Sofia Mavronasios

Antonio J. Perez-Marques

September 8, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff:

My name is Antonio Perez-Marques. I am a lawyer practicing in New York. I am
writing in my personal capacity to share my experiences and impressions over twenty-
five years of friendship with Andrew Caspersen, in the hope that it will be helpful to the
Court as it considers the appropriate sentence.

Andrew has been among my closest friends for twenty-five years, beginning when we
met as freshmen at the Groton School, where we were roommates, through our time
together at Princeton, and we have remained close friends in the years since, as we both
pursued our careers and started families.

I can tell you quite bluntly that throughout the decades of our friendship there are few
men whose character and integrity I have respected and admired more than Andrew's, so
it could not come as a greater shock to find myself writing on his behalf in this context,
or to have learned of the crimes that he has acknowledged committing.

Andrew has always distinguished himself with the strength, clarity and consistency of his
principles. What is most important to Andrew has always been family, loyal friendship,
hard work, and personal integrity. He has demonstrated these values in his loyal
friendship to me over many years, and in the advice he has provided in countless
conversations. I recall in particular how those same values that informed our discussions,
now many years ago, of the careers we would choose and the lives we would pursue as
adults have likewise been the guideposts in our discussions more recently of raising our
children and the challenges and responsibility of instilling in them the values that were
instilled in us by our families and our education.

As the Court is aware, Andrew has endured true tragedy in his life, first with the loss of
his girlfriend Cat in the World Trade Center on September 11, and then with the suicide
of his father. It is not my place to opine as to the effect of these events on Andrew, or the
role they may have played in his conduct. But I can say as his friend, having been by his
side as he struggled to cope with these tragedies, how deeply he felt each of those losses,
which were only compounded by the horrific circumstances of both. The death of his

father, who was his role model and the man he most admired, was all the more devastating because it came just as it appeared Andrew was regaining his bearings after the loss of Cat some years earlier. It is not, and has never been, Andrew's nature to make excuses or to tolerate any deviation from his core principles, but for those of us who have known him and his consistent integrity and character for so many years, it would be impossible not to question the role these tragedies may have played in bringing him to this point.

Knowing how important his values are to Andrew, it is not difficult to understand the tremendous remorse Andrew feels at his crimes, and in particular at the effect of his behavior on his family, including his wife Christina, his two young children, his mother and his brothers. We have discussed that remorse in great depth in the time since his arrest. Nothing is, or has ever been, more important to Andrew than his family, and I know that, for Andrew, the consequences of his conduct to him personally pale in importance next to the pain he has brought on those he loves.

I believe, though, that the same values that Andrew has evidenced over our decades of friendship are now guiding him in his response to his crimes, including his accepting full responsibility for what he has done. It remains my faith and conviction that these same values will give Andrew the strength and determination to pursue his redemption and to be the man, husband, father and friend that he has always sought to be, and that I believe, at bottom, he still is.

Thank you for your consideration of these thoughts.

Sincerely,

Antonio J. Perez-Marques

August 25, 2016

Honorable Jed S. Rakoff

United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Your Honor,

My Name is Ozzie Abaye and I am a professor of Agronomy (Crop and Soil Environmental Sciences) at Virginia Tech. I have a split appointment between teaching and research in the areas of Agriculture, Food Security, and Health. In the last 15 years, the majority of my time has been spent in developing countries fighting against childhood malnutrition. "New research on maternal and childhood nutrition finds that over 3 million children die every year of malnutrition – accounting for nearly half of all child deaths under 5." To give mother and child a good start on life a new program revealed how pivotal the first 1,000 days – from the stat of pregnancy until the child's second birthday – are to the well-being of both the individual and the society in which he or she lives." Thus, I have been working mainly with women and children involving many aspects of food production including developing crops and crop varieties with high nutritional statues especially protein and energy contents. I am proud to say that some of our work is showing great deal of promise.

I am writing this letter on behalf of Andrew Caspersen who is my nephew. I have known Andrew ever since he was a toddler. I first met him at his grandparent's (The Morris's) farm in Chester County Pennsylvania. Originally from Ethiopia, I was adopted by Andrew's maternal grandparents when I was a teenager. A refugee from a communist country, the Morris's gave me a second chance on life. Not only the parents but the children (my siblings) and their children (grandkids) one of them being Andrew. I was particularly attached to Andrew because he was the youngest grandchild then. I babysat him and loved to carry him around against his will. One thing about Andrew that sticks out to me is that, he is extremely loyal and likes to please people. I spent so much time with his grandmother at her later days. He always found a subject matter that would sparks his grandmother's interest, one clear example was golf. He would call her during a golf game (2-3 times a month) to talk to her about it… a 90+ year old woman would just gloat after a conversation with Andrew.

Your honor, I am fully aware of the fact that Andrew had pleaded guilty for the crime he committed. This letter is not meant to minimize the extent or severity of the crime he committed.

When I heard the news the first thing came to my mind was mental illness. What else would derail the career and a life of a promising young man? I know what mental illness does to one. I suffered from a mental illness for over 7 years. What I know about mental illness is that the person who is suffering the illness can't see. Thus the lie and destructive behavior that usually accompanies the illness goes undetected.  I survived because I was forced to seek help and I did. Andrew is fully aware of the fact that he needs help and finally he is getting the help he needs. I already see the change in him.

Just as I did not chose the chemistry of my brain, Andrew did not choose his. Andrew today is completely stripped of pride, visibly relieved from the burden of addiction, committed to self-exploration and living a life of honestly and transparency and focused on making amends with his victims. Based on my own experience recovering from a debilitating addiction, I know the strength and qualities that are required to recover and live a fulfilling life. I am confident that Andrew has this strength.

Thank you for giving me the opportunity to talk about Andrew!

Respectfully,

A. Ozzie Abaye, Ph.D
Professor
International Research and Development
Dept. Crop and Soil Environmental Sciences
Virginia Tech
Blacksburg, Virginia

Page 2