Dear Judge Rakoff,

My name is John Colby and I am proud to write to you about Andrew Caspersen, who lives in the building that I work in as a doorman. I was born in the Bronx and still live there. The Caspersens moved in during my first year in this building, so I have known them for about five years.

Working by the door, you get to see how people are day by day. Andrew has always treated me with respect. He works hard, he's a tremendous father, and a good husband. When Andrew became a member of the board of the building, he always made sure to have an open door policy with all of the staff (not many people do this, or make the effort).

I remember the Thanksgiving when Christina was pregnant with Jack, their first child. I was working that night. They both came down and brought me Thanksgiving dinner on a real plate, with a real glass and napkin and silverware. It was very touching for me. This made me feel like I was at home and having a proper meal.

I have seen the outpouring of support for this family firsthand. People drop off food, clothes, toys… you name it. It goes to show just how well liked they are. Andrew is a good person, and I am very proud to have the opportunity to write for him. Everybody finds themselves on the down and out at some time in their life. I think that he will rise up.

Sincerely,

John Colby

1201 15th St., Suite 600
Washington, D.C. 20005

August 29, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, N.Y. 10007

Dear Judge Rakoff,

Andrew and I met in September, 1991, as new students at Groton, a boarding school.  Shared interests forged our friendship – we were teammates for all three seasons (football, basketball, and rowing) in 9th grade and both studied Latin.  Soon, we grew close and chose to share a room the second half of the year.

Several traits attracted me to Andrew.  He was a diligent student, a fierce and fair athlete, and most important to a young 9th-grader who sought moral camaraderie to resist the imagined (and sometimes real) vices of boarding school, he had strong character.  These traits impressed not only me, but earned the respect of students and teachers.  In addition, the combination of his quiet consideration, his laconic demeanor, and keen humor made him popular, although he never sought peer affirmation.

Boarding school students are adept at discerning the wealth and social standing of their classmates.  Andrew's parents were Groton trustees, and some spoke of his father's role as head of a financial firm, so many deduced his privilege, but Andrew never flaunted it and nor allowed it to undermine his character.  He followed the rules and poured himself into studies, sports, and activities, chasing life rather than awaiting an inheritance.

As we grew older, Andrew became a leader within the school.  Relatively undersized (6 feet, 180 lbs.) for rowing and football, Andrew excelled at these sports through grit.  We rowed together in Groton's top boat our junior and senior years – we lost one race, by a fraction of a second.  Andrew's quiet strength led our football team those years to consecutive 6-1 records and a league championship.  Between the seasons, his teammates elected him captain.  Our senior year, the league's sixteen coaches recognized the tenacity of this undersized linebacker and selected Andrew as MVP (out of approximately 500 players).

Andrew also led off the field.  The faculty selected him for a prestigious position, one of the prefects of the dorm of eighth-graders.  The prefects, part drill sergeant, part parent, are 12th-graders who manage the dormitory, ensuring that their charges not only study, behave, clean, and sleep, but also adjust and thrive.  As eighth-graders are the youngest cohort at Groton, the school is particularly careful in selecting their prefects. Andrew earned the admiration of his wards.

His leadership was quiet, guided by principle, not showmanship.  Andrew once publicly defended against peer backlash my role, as a member of the discipline committee, in punishment of a classmate. In private, he urged me to consider the mitigating circumstances surrounding our classmate's transgression.  His positions were not contradictory, but rather logical, nuanced, compassionate, and unpopular with the respective audiences.

Since graduation, we visited each other during college, and maintained contact (impeded by my seven years abroad) as our lives unfolded.  Two tragedies bookended Andrew's first decade following college – the death of his fiancée, Kat, at the hands of Al Qaeda on Sept. 11, 2001, and the suicide of his father in 2009.  I wrote letters of condolence after each occurrence, but did not visit, foolishly comforted

in part by my belief that stoic Andrew was better equipped than anyone to face such sorrow. I do not know whether these deaths exacerbated his addictions.

Regardless, I was stunned by Andrew's transgressions (I understand he has pled guilty), as were all in our close circle of friends. Each echoed the other – none of us knew a person less likely than Andrew, not only within our Groton cadre, but in our broader lives, to commit fraud. My career has included stints as an athlete, a military officer, an NGO employee in Iraq, a government employee, and a businessman -- as I relayed to my wife, I would trust no one more than Andrew, and have greater confidence in his integrity than that of some friends who are even closer. Andrew is the only person whose investment guidance I would follow without performing any diligence. This year's news is so depressing in part because Andrew punctured my trust not only in him, but more broadly in my friends.

I have spoken to Andrew and visited him since his apprehension. He has divulged everything, takes full responsibility for his deceit and addictions, and is contrite. He believes that God acted through his arrest and his wife's subsequent intervention when guilt and shame offered only one solution. When Christina forgave him and urged him to save his life for his family's sake, salvation was immediate – he described the instant dissipation of the dread that had governed his life for years.

Following his recuperations in the hospital and the church, he has returned to his wife and kids, much more attached now that the suspense of trading no longer gnaws. He assured me that his life today – bankrupt, jobless, disgraced, confined, relieved, and reunited and fully engaged with his family -- is vastly better than a few months prior, when he was wealthy, employed, trusted, respected, free, addicted to drink and gambles, distracted, and manic. I asked him whether he has considered his life after prison. Andrew replied no, other than rejoining his wife and children -- I am certain he will seek a productive career, and considering his industrious nature, innate gifts, and tortuous path, one that may greatly benefit community and society.

Our republic vests in you extraordinary power over the life of my close friend. I urge you to consider Andrew's life and future – his character, which for nearly all aspects of his life has been sterling; the tragic demise of two loved ones; his remorse; his renaissance; and his potential for redemption, through his family, friends, and society during and after his time in prison – when you decide his sentence. Justice may still demand time for his crime, but I assure you, he needs no excess tenure to contemplate the severity of his fraud, his betrayal of his victims, his family nearly ruined, and the prospect of revival. He has been saved, and is eager to follow a very different route than the double life that almost destroyed him.

I am happy to discuss further, and am available at ████████████████

Best Regards,

Henry Nuzum

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

August 29, 2017

My name is Jay Ackerman, and I am a professional photographer who has known and worked with Andrew Casperson since 2010 when I was hired to photograph his wedding to Christina Frank. I have also had the pleasure of spending time with Andrew and his family in Florida when visiting my parents who happen to live in the same neighborhood as Andrew's mother Barbara Casperson.

I can count on one hand how many of my clients have been enjoyable to work with, and Andrew Casperson is one of them.  It is rare that I become friends with my clients after shooting their weddings, but Andrew and I have been friends ever since.  One memory of Andrew that stands out in my mind as a testament to his character is the toast he gave to his mother at his rehearsal dinner. I have heard countless toasts, but was genuinely moved by Andrew's love and appreciation for his mother. Like the Caspersons, my wife and I have three sons, and I  specifically remember going home that night and telling my wife how special it was to hear a son honor his mother the way Andrew did.

Outside of work, I have spent dozens of late afternoons at the dog park in Florida with Andrew and his son Jack who happens to love my dog, Twiggy. We would meet and watch Jack and Twiggy run around with the other dogs and children. Andrew is a wonderful and doting father who clearly enjoys spending quality time with his children. Andrew is also an adoring husband and very fond of his in laws who like his wife Christina, are kind and grounded people who have been very supportive of him. Andrew's own family has suffered tremendous loss and drama and by marrying Christina, I imagine that he has been able to benefit from being a part of  a normal healthy family.

I understand that Andrew has plead guilty. His situation is particularly close to my heart, because my brother, Brad, like Andrew suffered from a gambling addiction before committing suicide in 2008.  He was unfortunately never able to get the right help and sadly left behind a young wife and daughter. I am a recovering alcoholic myself and know what a terrible disease addiction is.  It is difficult for those who have not struggled or known someone with an addiction to understand that it is a real disease, but I know first hand that it is.

As I told Andrew when met several weeks ago, the real story that he will hopefully be remembered for will be how he was able to overcome his gambling addiction and change the course of his life for the better. I have full confidence that he is on the right path and am here to offer my support for him in his recovery.

I hope that this letter helps to shed light on the Andrew Casperson that I know.

Sincerely,

Jay Ackerman

September 16, 2016

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Andrew Caspersen

Dear Judge Rakoff:

I write this letter in support of Andrew Caspersen because I believe him to be a
kind, bright and exceedingly decent person.

By way of background, I am 51-year-old lawyer and Manhattan resident; I live
with my wife and 18 and 13-year old sons. I was an Assistant District Attorney in New
York County from August 21, 1989 until February 24, 2005. I now have my own
successful law practice.

I regularly attend Gamblers Anonymous (GA) meetings and have done so since
April 27, 2007. I am extremely involved in that program and been sponsored by the
same person since I started attending meetings. In my over 9 years in GA I have
sponsored many people myself, attend two meetings a week and GA has become an
integral part of my life.

I have known Andrew since May of 2016. Since that time I have seen him at my
regular Wednesday and Thursday meetings virtually every week (several times a year I
miss a meeting if I am traveling). I am currently the Co-Chair of the Wednesday
meeting. Since meeting Andrew I have also spent time with him outside of GA,
meeting on occasion to have coffee.

I am aware of the conduct that has landed Andrew in legal trouble. He has
spoken candidly of it and his desire to do the "right thing" about it. Indeed, he has

1

said this since the first day I met him. From what I know his misconduct was directly attributable to his compulsive gambling in the stock market and likely also tied to psychological issues caused in part by tragedies in his life. Of course, these facts in no way excuse his behavior but there are, in my opinion, real explanations for how such a good person could have temporarily gone so far off the rails.

Significantly, Andrew has "come clean" with his wife (and everyone else in his life) and in my view the importance of this cannot be overstated. Being honest with one's loved ones for a compulsive gambler is, in my experience, the main step in recovery.

Having seen Andrew and listened to him over these months in the intimate setting of a 12-Step meeting I know him to be a highly intelligent and capable person. Hearing Andrew talk about his life, his young children and his wife convinces me that he is also a truly caring person; I have seen the way he has extended himself to others in need in a selfless manner. Just as important for me is the way he speaks about the victims of his own behavior. He appears to be genuinely horrified about what he has done; in my experience quite an uncommon reaction.

Having not known Andrew before he came to GA, were it not for things he has told me, it would be hard for me to imagine how he ended up in his current situation. Andrew is someone I trust and respect.

Yours truly,

Alexei S

2

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Your Honor:

My name is John Burnham and I live in Austin, Texas with my wife and three children ███████████. I am a real estate developer and I own a development and acquisition company.

I met Andrew the first week we were at Princeton in the fall of 1995. We were both on the football team, but I unfortunately missed my entire freshman season because of a shoulder injury. Football didn't work out for Andrew at Princeton, but we both ended up pledging SAE and we spent an inordinate amount of time together. Over our four years at Princeton, Andrew and I became quite close. What initially drew me to Andrew was his intense loyalty to his friends and family and his firm grasp of the "right" thing to do in any situation. From the first time we met, he always seemed like the "adult" in the room. If there was a question of how our group should handle a certain situation/event, we would typically all look to Andrew. For instance, there was a terrible tradition in our fraternity of waking up on the morning of the anniversary of the Pearl Harbor bombing and taking Kamikaze shots in a party like setting. Everyone knew that this was wrong, but no one had the backbone to say anything except Andrew. Andrew completely shut down the tradition.

Since Andrew's arrest, I have spoken with many of our mutual friends and we are all in shock. Andrew is literally the last person we would have expected to be in this situation. In our eyes, he has been one of the most loyal and honorable people we have ever met. In my case, when I needed to pick someone to be the trustee of my life insurance trust, Andrew was the obvious choose. Andrew remains in that role today.

The weekend of September 7th 2001, Andrew flew down to Dallas to spend the weekend with me and go to a Cowboy's vs. Buccaneers football game. We had such a wonderful time catching up and enjoying the weekend and we talked quite a bit about Cat and his life in NYC. Andrew left on Monday the 10th and I flew out to Atlanta that same morning. Obviously the world changed for all of us the following morning and my first call was to Andrew (not my sister who was living on the Upper East Side). I knew that Cat was in danger and I prayed for Andrew and everyone else who had loved ones in those buildings. The following month I joined Andrew and a host of other friends at her memorial service and I tried to be as supportive of Andrew as I knew how. As the years passed, his loyalty and devotion to Cat and her memory (traits that drew me to Andrew in the first place) seemed to be sinking him. He was clearly depressed, as any of us would be, but he didn't seem to be doing the things that would help him to overcome that depression. Eventually, Andrew improved and was fortunate enough to meet Christina. I was honored to be a groomsman in their wedding and I have watched from afar as they have built their beautiful family together. Andrew and I typically touch base on the phone once a quarter, but we rarely see each other in person because of the geographical separation.

I last saw Andrew in person in the Payne Whitney Clinic at NYU on April 9th. It was a very difficult experience for both of us, but it was clear that he was already on the path to recovery. We talked a lot about addiction (I am a recovering alcoholic -- sober for over a year) and recovery and the joys of being clean and sober. I think I am in a unique position to help Andrew because I have dealt successfully with some of the issues he is facing. The best thing that has happened to Andrew is that he got caught and has fully accepted his guilt. He is obviously incredibly remorseful, but I think he knows that the only way to handle his situation is to look forward and live a full and productive life (clean and sober) one day at a time. Life will not be the same, but for Andrew that is a very good thing.

In closing, I would ask for leniency for Andrew and for his young family. I realize that Andrew's actions have hurt a lot of people (many of whom are good friends of mine), but I would like to see Jack and Grace grow up with a father in their lives. My sincere hope is that Andrew can and will emerge as a more perfect version of himself and live a happy and productive life.

Respectfully yours,

John Burnham

Sarah Stapleton

████████████████████████████████████████

September 20, 2016

Dear Judge Rakoff:

My name is Sarah Stapleton and I am a long time friend of Christina Frank Caspersen's, Andrew's wife, and therefore, have known and been friends with Andrew since I first met him when they were dating in the summer of 2008. I am just beginning my eighth year as an Upper School History Teacher at Greenwich Academy in Connecticut.

To give you a brief background on my relationship with the Caspersens, I have known Christina since fifth grade and we have been very close friends for over twenty-five years. Christina was a bridesmaid in my wedding last month, and I in hers to Andrew in May of 2011.

The Andrew I knew before his arrest was both similar to and quite different from the man I have spent many weekends with since. Andrew was withdrawn and distracted at unpredictable points, and I put it down it down to his "shy" nature. I now suspect it was more likely related to his addictions and the struggle that he must have been going through as a result.

However, despite those moments, Andrew proved to be both kind and generous. I remember one weekend in May or June of 2010 when Andrew and Christina came over to visit my childhood home in Bronxville, where my parents were packing up to move after twenty-three years. Andrew had only met my parents once or twice at that point, but without prompting he offered his services to move anything heavy that they might need help with. I was quite impressed. That is one of the wonderful traits that has never changed about Andrew. He is eager to help others and has always been incredibly generous.

Which brings me to the Andrew I have known and come to love even more this summer. I have spent many hours with Andrew at his in-laws house with Christina, their children, Jack and Grace, and her parents. Andrew, in some ways, is the same man with his generosity, kindness and quickness with a smile or laugh, but without any of the withdrawn or distracted behavior. His addictions, with hindsight, clearly prevented him from fully engaging as a dad. Now he is completely present for his children and truly loving the time he spends with them.

As one of Christina's closest and oldest friends, I see how committed Christina is to putting on a brave public face as she seeks to support Andrew and care for her two very young children. However, I know Christina well enough to know that below that brave exterior she is terrified. She is financially ruined and frightened by the prospect of raising two children on her own. In nearly every practical sense, Christina will bear the burden of Andrew's sentence more than anyone. I beg you, Judge Rakoff, to consider this as you sentence Andrew.

Beyond his family duties, what has probably impressed me the most about Andrew throughout these past few months has been his refusal to make excuses for his behavior. As a high school teacher, I regularly deal with teenagers in situations where they have to face the consequences for their actions, be they behaviorally or academically. At times, students will want "do-overs" for their mistakes, or want to blame the teacher, a parent or some fellow student for what has happened. Not once has Andrew done this. I have never heard him offer anything other than apologies or profess anything other than extreme regret. I know that Andrew's mistakes were on a

much higher level than those typically made by high school students, however, how he has faced those mistakes is a model that I would hold up to others.

Thank you, Judge Rakoff, for taking the time to read this letter of support. I firmly believe that Andrew suffers from the disease of addiction, that this drove his actions, and that he is facing those addictions in order to be a better husband, father, and person. A lengthy prison sentence for Andrew will hurt nobody more than his wife and children. It because of this that I hope you will show leniency when considering Andrew's punishment.

Sincerely,

Sarah Stapleton
Upper School History Teacher
Greenwich Academy

Darren T. Boswell

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I write in support of my friend Andrew Caspersen, whom I have known since the first week of his freshman year of college (September 1995). I know that he has plead guilty to a serious crime and faces sentencing, and I hope this letter will provide you with some useful information as you make your decision.

Before I begin, please allow me to give some background on myself to provide a bit of context. A resident of New York City, I am a partner and co-founder at an investment firm called LQC Partners. Previously, I practiced law in the New York office of Ropes & Gray for several years. As I stated, I met Andrew at Princeton, from which I graduated in 1998. I attended law school at the University of Texas, graduating in 2002. And perhaps most relevant to my thoughts here, I am a recovering alcoholic and active member of Alcoholics Anonymous, having been continuously sober and attending meetings regularly since February 8, 1999. I am choosing to break my anonymity here in support of Andrew.

I have known Andrew for over 20 years. Andrew was a year below me in college, and we were fraternity brothers and very much ran in the same social circles. As the years have worn on, we have seen less of each other, but still see each other probably 4-5 times per year, and have taken trips together on occasion.

My most vivid memory of Andrew at Princeton provides an insight into his character. Our fraternity had a party every year on December 7th called Pearl Harbor Day. It was a popular event on the social calendar, and it involved drinking early in the morning and not much else. As a junior, Andrew stood up to heavy resistance and campaigned to end the party, because it was insulting to our WWII veterans. He took a principled stand, campaigned for what he felt was right, and the fraternity ultimately agreed with him and voted to end the party. I remember being very impressed that someone would take such a stand based on principle. I might have wanted to do something like that, but would have been too fearful of being unpopular.

Since Princeton, I have seen Andrew socially on a semi-regular basis for the last several years. Like many of our friends, I watched Andrew suffer through the terrible events that have occurred in his life over the last 15 years – from the death of his fiancée, Cat, in the 9/11 attacks to the events that led his father to take his own life. I was so happy to see him find Christina and to receive the proud emails from him on the birth of Jack and Grace. As recently as this past Labor Day, my wife and I were able to spend time with Andrew, Christina, Jack and Grace in Maine, and to witness the devotion that he has for his wife and children, and that they have for him.

However, to say that we knew each other well, or that we were close would have been an overstatement.

Curiously, it was only after the events of his arrest that we got to know each other at depth. On April 17th, I sent him the following email (which I except here), inviting him to coffee – not as a college buddy, but as a fellow alcoholic-addict reaching out his hand, which to me is a sacred responsibility:

> Andrew,
>
> I've been thinking about you and praying for you. I don't really know what to say, but I wanted you to know that I have gone through, at some level, some of the feelings that I'm sure you're going through right now. A little over 17 years ago, I hit my alcoholic bottom in Russia, and in doing so, I had blown through every moral barrier that I had once considered bedrock for me...I had lied and deceived my friends (including you, most likely) for years to hide the extent of my alcoholism, because I couldn't conceive of not drinking....As I sat on that plane on my way home from Russia, after losing my job and being exposed as a fall-down drunk in front of my company and my colleagues, I thought my life was over.
>
> In a sense it was. Eventually, a new life took its place. I found a community of other people who had experienced similar personal ass-kickings, and with their help I was able to find a new path...Through it all....I've been able to find pockets of true happiness and contentment, something that I never had before....
>
> I don't mean by any stretch to compare my situation to yours – I know that they are different, but I believe that they are a variation on a theme. I say all this because I firmly believe in redemption....I personally believe that you are already forgiven. Believe it or not, in all my years in AA, I've seen people come back from MUCH worse. And that is my prayer for you....If you're up to it, I would love to see you.
>
> Peace,
>
> Darren
>
> P.S. We are rooting for you.

My first coffee with Andrew was striking. He was living with the Dominican Fathers at St. Vincent Ferrer on 65th and Lexington, so we met at a nearby diner. It was bizarre for me to see this man for whom money had never been an issue relying upon the kindness of friends and clergy to provide for his daily needs. He had been stripped of everything, emptied by his own actions. Certainly, he was humbled. Every once in a while, you run across someone who has what we call in recovery the "gift of desperation" and that person will have a very good chance at maintaining the level of honesty, open-mindedness, and willingness necessary to recover from their addiction.

Andrew had that gift of desperation. We dove right into his story. He was incredibly honest and open with me about his addiction and its consequences. He had hit bottom. He had nothing left to lose. He told me frankly that he had intended to take his own life when the authorities apprehended him. He expressed gratitude to God that he'd been spared and his hope for mercy.

I was also struck by Andrew's determination to make amends to those he has harmed. As you may know, the 9th step of the 12 Steps of Alcoholics Anonymous is to make amends to those we had harmed. Again, in my experience with men in early recovery, the 9th step is usually a stumbling block to getting sober. We alcoholics are too prideful or too fearful to accept the notion that we need to humble ourselves before those we've harmed through our addiction in order to move forward on a new basis. It requires humility

in the extreme to go to those you have defrauded and ask for their forgiveness. Andrew was already thinking about this, even in his first week of sobriety. I found this to be both encouraging and indicative of the character of the young man I knew at Princeton.

Andrew has worked hard to repair the damage done to his marriage and to the lives of his children, Jack and Grace. I've been blown away by Christina's strength. She was blindsided, her entire life turned upside down in an instant, and she has been a rock. Andrew talks often about his desire to be a part of his children's lives, his hopes that he can be in a prison near enough for them to visit, and that he can be released in time to be a full time father before more damage is done to this family.

Since that first coffee in April, Andrew and I have met for coffees and dinners, and have shared a lot with each other. We are much closer friends now than we ever were before. He continues to impress me with his courage, his faith, his dedication to his family and to his recovery. We have attended meetings together at a homeless shelter downtown and he has continued to attend those meetings without me as well. He is chairing a weekly meeting on Friday's at the Mustard Seed Group.

One of the paradoxes of addiction is that the affliction, once in remission, can become a powerful instrument for good in the world. An alcoholic / addicted gambler / opiate addict, etc., by honestly sharing his or her experience, can pierce through the walls of denial and rationalization and justification that characterize active addiction and bring hope to the afflicted. I believe that Andrew can emerge on the other side of his prison sentence with a powerful story that will help a lot of people stay sober and out of jail.

I pray for redemption, peace, and forgiveness for Andrew.

I hope that this has helped provide some insight into Andrew's character. My best to you as you make your decision.

Sincerely,

Darren Boswell

**Jonathan W. Gutstein**

August 31, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I'm writing on behalf of my friend and former colleague Andrew Caspersen. My intention is to provide useful insight as you consider sentencing for Andrew for the crime to which he has pleaded guilty.

By way of background, I met Andrew when I joined Coller Capital as a Partner in October 2004. At that time he was an Associate and one of three other professionals in the New York office. Given the small office size, Andrew and I spent considerable time together in the years that followed. I left Coller Capital about a year after Andrew, in January 2013. I made a career change and now, through the one-person company I started, help children in middle school and high school in the U.S. and abroad prepare for college and high school admissions tests.

From when I first arrived at Coller Capital, I was especially struck, and surprised, by how welcoming and supportive Andrew was of me. I'd been hired after him and into a higher-ranking position than his. Many in Andrew's position might have perceived and received me as a threat or obstacle to their prospects. Andrew did the opposite. He seemed to see me not only as someone from whose experience he could learn but also as someone whom he could help based on his own specific experience at the company and in the industry. And he was extraordinarily generous in doing so. Andrew took the time to teach me a lot in those early days. He didn't have to do so. The way the team was structured, it wouldn't have harmed him, and some might say it would have helped him, to leave me to my own devices.

The way Andrew welcomed me at Coller Capital is emblematic of his consistently considerate, caring, thoughtful conduct. And he made no distinction among Partners, junior professionals, and support staff in handling himself this way. As Andrew rose in the company, he took a personal interest in and committed substantial time to mentoring junior professionals. Not surprisingly, junior staff clamored to work on Andrew's projects. They knew what all of us knew: they could trust him, and he'd see the best in them and treat them with patience, respect, and warmth. They also knew they'd be given

real responsibility and learn a ton. It was no coincidence that junior staff members who worked with Andrew developed especially rapidly and seemed to really enjoy their work.

The same was true of support staff. I'd walk by and see Andrew chuckling with an assistant over a story from her weekend and hear him gently ask if she might like to work on something that would be more interesting and more challenging than her usual support responsibilities. Nothing in that interaction would make a whit of difference to Andrew's results, compensation or title. But it made a real difference to that one employee, in her enjoyment of her work and in her development. In an industry often, and sometimes rightly, perceived as attracting the highly calculating, Andrew's selfless motivations were more than striking and refreshing. They were heartwarming.

I've seen Andrew in tough moments too. I remember how deeply shaken he was after his father killed himself in 2009. In an effort to show Andrew my support in some way beyond just words, I made a truly negligible charitable contribution in his father's name to an organization that mattered to his father. Andrew's heartfelt hug and the emotional appreciation he openly showed when he next saw me reminded me of what I already knew of Andrew: he couldn't care less about a dollar amount. It was the gesture that mattered to him, that meant something. He cared that I cared.

As you can imagine by all I've written, I was shocked when I heard the news in March. And then I learned of Andrew's gambling addiction.

In July, Andrew and I met up. He acknowledged his addiction and the torment he'd felt from it. But he did not shy away from what he'd done or the depth of his responsibility for it. He spoke repeatedly of his crimes, using exactly that word, and of the harm he caused the victims. He spoke of letting his family and friends and even me down. He spoke of the hurt and the pain he has caused his wife Christina and of today's hurt and the unknown future hurt he's caused his young children. He recognized that any or all of these people closest to him, faced with the fallout from his actions, could have made very different decisions, even abandoned him – and that such decisions would have been justified. Andrew showed me that his empathy for those he hurt and his remorse for his actions are genuine and substantive.

Andrew also showed me that he remains the humble, grateful, compassionate, truthful Andrew I knew. No longer living every day concealing from the world a gambling addiction, he realizes he's fortunate to have a chance at a meaningful life. I'm convinced that he will do just that and make a real contribution to his family and his community that will make all of us proud.

Please Judge, please consider leniency in Andrew's case. He won't let you down.

Sincerely,

Gerard Peter Hallock Jr

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

August 17, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Honorable Jed S. Rakoff:

My name is Peter Hallock, and I work in the Ad Sales Operations group at Nickelodeon. I currently live in Bedford, NY (where I grew up) but most importantly I am the husband to my wife of twelve years, Liz, and the father to my 3 children: ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I am also proud to call Andrew Caspersen a dear friend.

Andrew and I established our friendship in the fall term of our freshman year at Princeton University in 1995 and in the twenty one years since, we maintained and grew that friendship, spending time together in New York and New Jersey, and on family vacations/weekends in Florida (where both of our mothers' live).

I know Andrew to be a genuinely devoted friend who I deeply respect and admire, for his integrity, his thoughtfulness, and his kindness. His character was evident early on in college. Amongst our group of friends he seemed to establish himself as the 'father' of the group. When there was a conflict, physical or verbal, he mediated it. If others were speaking badly of someone, he not only remained quiet, he shut down the conversation completely. If someone needed help, like a ride home, or a place to stay he arranged it or invited that person to his home. Whether sitting down for lunch in a dining hall, or heading to a football tailgate, Andrew always made sure to include everyone and make sure no one felt left out. He was our moral compass – and made sure we acted with integrity.

My favorite memory of Andrew that exemplifies his genuine goodness occurred about ten years ago when my first daughter, Annie, was born. For further context- I was the first of our group to become a father, so you could say that Andrew and the rest of the

group did not have any precedent of how to act when a peer's child was born. Everyone other than Andrew either sent me an email or left me a message of congratulations. Andrew, on the other hand, arrived by himself at our apartment only a few hours after we arrived home from the hospital. He had brought us a full three-course dinner (knowing we were too overwhelmed to cook) and a small teddy bear for my daughter. He gave us a hug of congratulations; and sat down with us, and held Annie without much hesitation. I remember feeling overwhelmed as a new father in that moment, but having a moment of pure relief thanks to him.

Now Andrew does have his own family-one that he adores. Christina, his devoted wife, and his two beautiful children: Jack and Grace. In March my family and I were visiting my mother in Florida and we met up with Andrew and Christina one afternoon-we relished seeing him in full 'father mode' with his daughter, Grace locked in his arms, and his son, Jack locked around his leg. It reminded us of when we saw him hold Annie that day 10 years ago.

I know 'full father-mode' moments are ones that Andrew hopes to have. I know that they are the motivation for him to getting well and making amends for his crimes. I know how incredibly remorseful Andrew is for hurting so many people. And I know he has acknowledged his guilt and is prepared to accept whatever sentence is ultimately imposed. I know all this because he has told me all of this in my visits and emails with him since his arrest. I hope this letter helps you see a genuinely thoughtful, kind and 'family first' man (and friend) that I know Andrew to be and with that in mind, consider a more lenient sentence. Thank you for your consideration.

Sincerely,

Gerard Peter Hallock Jr

1



August 12, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is James Cross. I am aware of Andrew Caspersen's present situation, and I am writing a letter on his behalf. I have been a middle school math and history teacher, coach, and Dean of Students at The Peck School in Morristown, New Jersey for the past 33 years. I have known Andrew for all of those years. In addition, I was his 5th and 6th grade coach and 5th grade math teacher.

As a new teacher at the Peck School in 1983, I lived in a cottage on the Caspersen's farm. Over the span of 8 years, I drove the boys to and from Peck. When I started, Andrew was in first grade. On most days, I would pick the boys up at 6:15 a.m. and return home anywhere between 5:00 and 6:00 p.m. When you are a captive audience for 8 years, you really get to know a person, and I truly got to know Andrew. Our many conversations centered around family, politics, school, and sports. Although we may have differed on our political views and what sports teams we supported, we always maintained a deep connection and a mutual respect.

I kept in close contact with Andrew after his graduation from Peck. I visited him at Groton with his family, and since I still lived on the farm, I frequently saw him during holidays and summer vacations. I had the pleasure of attending his wedding to Christina and to see the joy in his face with the birth of Jack and Grace. Andrew

also attended my wedding. I have shared his pain with the death of his grandmother, his fiancé, who died in 9/11, his father, and most recently his legal difficulties.

In all the years that I have known Andrew, what always stood out to me, were his passion, caring, and commitment to family and friends. Andrew was devoted to his family then, and I see it today with Christina, Jack, and Grace.

Never in a thousand years could I imagine how Andrew's life would take the turn that it did. Recently, Andrew and I have communicated via emails, and I can sense from his words, and tone "the Andrew" that I knew as a first grader to young adult is still there. He is very remorseful, fully accepts responsibility for his actions, and is ready to accept whatever his punishment may be.

Your Honor, Andrew is a good man. I know that he has learned from his mistake, and I truly believe that he will not make the same mistake again. I know that he will accept your decision as fair and just. His family needs him, and I ask if possible for leniency.

Thank you,

Sincerely,

James V. Cross, Jr.

**Laura Morris Siena**

September 12, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I am writing to ask you to consider Andrew Caspersen's family – and particularly his children – when you sentence him for the crimes to which he has pleaded guilty.

I am Andrew's aunt and godmother, and thus have known him his whole life. I live in Philadelphia, and have spent the bulk of my professional life as a fundraising professional in the not-for-profit sector.

My husband and I were married at my family's farm in 1983. Andrew served as ring bearer, wearing a Little Lord Fauntleroy suit and patent leather shoes. He performed his duties with good-natured charm. During the reception, he could be found, still in his ridiculous outfit, eating dinner with items gathered on a hike around the barn – a goose feather and a length of bailer twine.

Apart from going to see Andrew play football in high school and connecting with him at many family occasions over the years, I wasn't in close touch with Andrew as I established my career and family and he went off to college, law school, and career. I now regret not taking my responsibilities as godmother more seriously, but Andrew always appeared to thrive.

As others will testify, the loss of his girlfriend Catherine MacRae (Cat) on September 11, 2001 was a defining moment in Andrew's life, and by extension, in the lives of all of us who love him. Andrew, with so many others, posted her photograph down in the financial district and looked everywhere for her.

If memory serves, Cat's memorial service was held on Andrew's 25th birthday. Andrew summoned great strength that day, and spoke beautifully of his love for Cat. He shared intimate details of their shared life: for instance how, when they were not together, they would talk on the phone until they fell asleep. It was clear that Andrew wanted all of us to understand the very particular characteristics of his relationship with Cat and what kind of person she was.

We all experience loss, but losing someone in a public tragedy that has become a defining moment in our national consciousness creates particular challenges, as what is essentially a private loss – the death of a loved one – is always inextricably entwined with that singular day, its never-ending aftermath and the publicity it continues to attract.

Judge Rakoff, p. 2

So... life went on. We were thrilled when Andrew met Christina; we celebrated their wedding and the arrival of Jack and Grace.

I found out about Andrew's secret life of financial fraud like the rest of the world – in the news. I was completely gobsmacked as his gambling addiction and the lengths to which it drove him became clear.

After Andrew's arrest, I reached out to him and we have established a renewed and loving relationship.

Two things stand out for me from these recent experiences with Andrew:

- His abject remorse at the pain he has caused, and his desire to take responsibility for what he has done, and;
- His loving relationship with his children.

In late May, my daughter and I had lunch with Andrew near the soup kitchen where he has been volunteering. He talked at length about the arc of his addiction and the depths to which it had taken him. Again and again, he expressed his remorse and his determination to make amends.

A couple of weeks ago, we saw Andrew again, this time with his children. Seeing him interact with them as any father would left me feeling broken-hearted. It is to that relationship that I turn as I close this letter. I hope and trust that as you consider his sentence you will balance Andrew's debt to our shared social order with the need of these two innocent souls for a unique relationship – that of a child with his or her father.

Thank you for the opportunity to write to you about Andrew.

Sincerely,

Laura Morris Siena

The Honorable Jed S. Rakoff

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

Your Honor,

My name is Bruce Rosenblum.

I am a brother of Andrew C in the Gamblers Anonymous program.

When i first arrived in the program on December 14 2011 i was lost and desperate. i lived a life of a gambler and had reached my bottom.

This great program has given me a chance to rebuild and live a happy and successful life.

I am in my fifth year and find myself living ,participating and committed to the Gamblers Anonymous program.

It has given me a second chance in life. A life that i have much to look forward to and am proud of.

When I first met Andrew he was quiet anxious and reserved. He was in a fog. All the familiar symptoms i had when i entered the Gamblers anonymous program. After spending time with him in two meetings every week, followed by coffee for some one on one talk.. he started to open up and i started getting clarity on the seriousness of his situation.

He was very forthcoming how he was a compulsive gambler who could not control his gambling ..his buying and selling options...He explained that in his progression he lost his spirituality, morals, money and himself...He talked about the importance of his wife Christana and his two kids Jack and Grace. He is disturbed how everything became secondary when he was engulfed in the

grips of his disease. There is no peace or sense when you are caught up in the grips of gambling.

When he entered the GA room he hit the ground running...Talking about the never ending merry go round he could not get off. Control was lost and help was needed. These rooms will give him the help he needs. ..He has been fighting for a better life and achieving recovery. With a new and clear mind he wants to be a better father, husband and person and has been achieving this...Weather spending time helping out in a convent going to different rooms or helping one of our GA brothers or sisters he seems fully committed. He has talked to me about the importance of spirituality and family and i hope to have both in my life at all times...Even in his dark hours he always is concerned of my and others well being.

I have seven sponsees in the GA program as well as have a great sponsor myself. We all speak to each other on a daily basis. It has taught me so much about the disease i am battling and have learned to contain..

It does not discriminate in any form. Until identified and treated ones opportunity, will forms ones bottom...the road in between is usually torturous, destructive and consuming.

I have spent much time talking to Andrew. He is constantly remorseful for all the people he has hurt.

My heart breaks when he talks about his children Jack and Grace....who now in a critical time of his life he is closer to than ever.

He talks to me about the father he had lost to a dramatic circumstance and the effects it had on him.

Andrew has become part of my GA family circle. He is helping many through service and is insightful therapies, open and honest in the rooms. I hope he is allowed to continue attending. We can keep an eye on him better than any facility.

I hope that your honor will let him continue on his road of discovery and recovery.

Thank you,

Bruce R

Bruce Rosenblum

Campbell Walmsley

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

September 1, 2016

Dear Judge Rakoff:

My name is Campbell Walmsley and I am a self-employed consultant in Atlanta, Ga. I am a graduate of Princeton which is how I met Andrew. I lived with his former girlfriend Cat MacRae at Princeton for 3 years during college. She was one of my best friends of my life. Through Cat, Andrew and I shared many studious nights in the library and happy weekends away from campus. We have remained friends for the last fifteen years since college.

There is a saying about you never really know someone until you see how they act when "the rubber hits the road." The morning of September 11, 2001, I was at my office in Boston speaking to Cat about our upcoming trip to Miami. I hung up the phone and went to get a glass of water. When I returned to my office, the receptionist told me that "a plane just hit the world trade center." She turned her desk size TV to show me the horrible video. I immediately dialed Cat back at her office, in the World Trade Center. When she didn't answer, I tried her cell. Starting to panic, I called Andrew on his cell phone in Cambridge. I didn't even think about or know at that moment about the impact my words would have on him. I just knew I needed to talk to him.

"She was at the office. I just spoke to her," I told him. He screamed the loudest and deepest, throatiest scream I have ever heard, and dropped the phone.

In that moment, Andrew lost his best friend. In the days and weeks that followed, Andrew did not shrink away to comfort himself, much as I did and others did - and I am sure he wanted to. He did everything he could every day to help Cat's family and her close friends handle the loss. He handled updates to Cat's friends when the MacRae's were too sad to do it. I feel like he is the kind of person who is always thinking of others. It did not surprise me at all when he and Christina asked me to donate to a charity in lieu of getting them a wedding present. He was so excited when I made the small donation and couldn't wait to tell me about their visits to the school and the kids that the program was helping.

What did surprise me was the day I got the text from a college friend that read, "did you hear the news about Andrew's arrest?". My first thought was that it must be a different Andrew. Once I clarified that it was indeed my friend Andrew Caspersen who had committed a crime, I immediately guessed that he was being blackmailed by someone. I knew that if what I had heard was true, he had only done it because the alternative to taking this money was worse. At that time, I didn't know a thing about his gambling addiction or even what a gambling addiction was. It just seemed so completely out of character for him. Andrew is one of the most honorable, generous, rule-following people I know! In college, as an officer of our eating club, he was tasked with making sure underage kids didn't drink in the club, and making sure people paid their dues and obeyed the rules of the campus organization. He was not the person I would

have ever asked to do ANYTHING illicit with me. He never even stretched the truth (or so I thought). I can understand why his victims - also friends - didn't check out his facts until it was too late - he just didn't ever lie. He lived life right between the lines. I have also known his wife Christina since college. If anyone is a walking testament to Andrew's character, it's Christina.

Andrew, in emails he has sent to me since his arrest, sounds heartbroken about the pain he has inflicted on everyone, but relieved that he has finally stopped trading. Christina has told me how present he has been with their children and how she is hopeful for a new life as a family.

This situation is truly a tragedy on all sides.

I hope that you will consider his character - his generosity, selflessness, and kindness - even in light of his terrible crimes - when deciding on his sentence. I truly believe the world is a better place with Andrew Caspersen in it, and I hope you will give him a chance to make it one.

Sincerely,

Campbell Walmsley

Terence B. Flynn

September 5, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff:

I write to you in support of Andrew Caspersen.

While I have known many members of Andrew's family for over a decade, I first met Andrew nearly four years ago in a work related context. Despite a not insignificant age difference of 16 years, over those years he has become a good friend and someone whom I came to think of as a surrogate younger brother.

I have worked in investment banking since 1983; I presently serve as a Managing Director for Houlihan Lokey and also serve on the Board of Directors for 2 publicly listed companies. I am writing to you in a personal context and not on behalf of my employer.

Nothing in my travels ever prepared me for the shock I encountered at 11:45a.m. on Monday March 28th of this year, when I saw the headline on Bloomberg that Andrew had been arrested for fraud. My immediate instinct was to check the date to see if this were an April Fools' joke. My next instinct was to pick up the phone and call Andrew's boss to see if this was true. Sadly, he confirmed it was all too true.

This scenario was simply unfathomable. Andrew had everything going for him. He was a true leader in his profession, he made a great living, he was incredibly well liked, and he had a fabulous young family consisting of his wife Christina, and two adorable children, Jack & Grace.

My professional relationship consisted of providing third party support to Andrew in connection with his transactions. As a support party and non-competitor, I was uniquely positioned to host quarterly "Agent Dinners" where the various practitioners of "Fund Recapitalizations" would get together to discuss best practices in this new arena. Andrew always led by example, freely discussing where conflicts of interest arose, how they had to be handled in a forthright manner, the importance of transparency to limited partners, and always respecting all of the various parties and constituents in a transaction. He always conducted himself as a true gentleman. Andrew was truly viewed as the leader

in this practice with all of the high profile successful transactions. Regretfully, Andrew's crime hurt all of the participants in this particular embryonic market place, myself included, by casting a pall over it.

Over the years, I have led or attempted interventions around substance abuse four times. Three were successful. These were difficult and unpleasant decisions. Subsequently receiving apologies and thanks from two of the successful interventions (one after nearly a decade had lapsed) proved tremendously gratifying. I mention these episodes as I have met with Andrew on a few occasions since he was arrested, and before he pled guilty to the charges. In those conversations, I encountered someone with tremendous remorse for the harm he had caused others, someone who desperately wanted to live and to raise his children, and someone who completely "came clean", not holding back on any aspects of his confession.

When he mentioned that his 2015 form 1099 ran to, I believe, 509 pages I was flabbergasted. I struggle to understand how his addiction was not picked up by a compliance function at the brokerage firms where his trading occurred.

You have all the facts, and you best know the harm caused by Andrew's actions. I hope my letter can contribute to more lenient treatment in Andrew's sentencing. The principal reason I can forgive Andrew is that he had an addiction and did not conduct himself for personal gain; quite the opposite, he gambled away everything he ever had.

Sincerely yours,

Terence B. Flynn

Sarah Jane Sculco Gibbons

████████████████

August 17, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I write this letter on behalf of Andrew Caspersen, one of my oldest and dearest friends and a caring, devoted man whom I have known for 24 years. I hope that these words will help paint a clearer picture of who he is as you consider his sentencing. I am a college advisor at Millennium Brooklyn High School, a new public high school in Park Slope.

I first met Andrew when I was maybe 12 or 13 and he was two years older. I remember that dinner so well. My family was at his parents' house and Andrew was there with his three older brothers and, from the start, quietly kind to the awkward girl that I then was. Our fathers had attended college together in the 1960's and our entire families were coming together at a barbecue on a summer night. Since then, I cannot tell you how many times I have spent sitting around a table with various members of the Caspersen family, a family that I consider to be part of my own. Andrew's late father, Finn, was my unofficial godfather, often giving me advice or guiding me through various life decisions and Andrew's mother, Barbara, has been a constant in my life since that first summer dinner.

I have also become very close to Andrew's brothers, but I was always the closest to Andrew. We spent time together in the summer when we were both in high school and then in college, Andrew was my big brother. When he was a junior, and I a freshman, he looked out for me from the very first day of college, helping me navigate a new place with all sorts of new people. I was Andrew's friend, which made making new friends easy—and having him there made me less homesick in those early days. When I was struggling with how to balance everything, he showed me his favorite area in the library; when I had a schoolgirl crush on a particular college boy, he thankfully warned me off. He was always the person I could go to for advice and he was always looking out for me—and he still is.

Andrew and I continued to become closer after college as well. He had dated a good friend of mine, Cat, and I would often see the two of them back on campus after he had graduated. When she died on September 11th, he was heartbroken and it is still painful to think back on those days. I moved to London soon after and remember that he called me a few weeks later on my birthday. It was also the night before Cat's funeral and as I paced the aisles of the local market in my new neighborhood, we spoke about her and about his remarks for her funeral. One of the things I remember vividly about this conversation was that even

through his pain, he wanted to check in on me, make sure that I was settling into my new environment and that I was also coping with my own mourning.

When Finn committed suicide in 2009, Andrew again was faced with another incomprehensible tragedy. I think of how my parents had just had dinner with Finn and Barbara the night before and I think about how Finn and I had spoken at length just a few weeks earlier. Andrew was so close to his father and this was again an impossible time.

As the years have passed, ours has continued to be an incredibly close relationship and in many ways has grown closer. We have helped each other through great tragedies, yes, and we have celebrated each other's successes and happinesses. Andrew always prioritizes meaningful time spent with close friends, and much prefers quiet birthday lunches like ones we have shared to getting caught up in big parties or events. He also has never stopped acting as an older brother and looking out for me. When I was running a family restaurant out-of-state, he would surprise me by coming in for dinner on a winter weekend, just when I was feeling the loneliest being apart from so many friends and family in New York—and brightened those nights. It was a small gesture, but one that meant so much to me.

We have celebrated each other's loves and respective weddings and children. I have also been friends with Andrew's wife, Christina, since college and have seen such a strong and caring love develop between them—from their early years of dating to today. He is absolutely devoted to and would do anything for her. And he, as one of my closest friends, has shown the same happiness in celebrating my marriage. One of my favorite photos from my wedding to my husband, Trevor, is of us walking out of the church, excited and smiling. In the background are the faces of many friends, but Andrew's is staring straight at us, with the hugest smile on his face. One of a loving and proud older brother. Andrew is also our son's godfather and, in our busy lives, he has been committed to spending meaningful time with him. Uncle Andrew is a favorite and our son always looks forward to and asks after his visits.

I am, of course, aware that Andrew has pleaded guilty to a crime. I have spent a great deal of time with him over these last few difficult months, and he has specifically wanted to spend time with our son, his godson, who is now two, before he goes to prison. It warms my heart, and simultaneously breaks it, each time I see the two of them together. Throughout all of this, he has continued to be a devoted husband and father, working through coming to terms with his addiction and treatment and the crimes he has committed.

In closing, I can only ask for leniency and hope that these words have helped show you more of who Andrew is. He is someone who has struggled with mental illness and addiction, hid it for years from those closest to him, and now has an opportunity to make a change in his life and the lives of others. I know that he will spend the rest of his life seeking to do so.

Thank you for your consideration of this letter.

Sincerely,

Sarah Jane Sculco Gibbons

Suzanne S. Brauer

August 9, 2016

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Andrew Caspersen

Dear Judge Rakoff:

**"Please take us instead – there is no way he would have done this,"** said the brothers in the story of Joseph and the Coat of Many Colors from Genesis, when they learned that a silver cup was found in the sack of their youngest brother, Benjamin.

Although earlier these brothers had acted with jealousy towards their brother Joseph and sold him into slavery, their certainty that Benjamin could not have stolen the silver cup was so strong that they bet their lives to stress their conviction.

The brothers' reaction to Benjamin's arrest reminds me of the reaction that I and many friends of Andrew's felt at Andrew's arrest. Of the hundreds of people we know, Andrew is the absolute least likely person to commit a crime. Andrew is a model of honesty, strong moral character and kindness. He is a leader among his friends and a firm role model to many people. So many of us would place Andrew at the very bottom of a list of people/friends/acquaintances dishonest in any way. There seemed no way he would have done this.

My name is Suzy Brauer and I am married to Beau Brauer (who also has written to you). I practiced law for eight years and now have the joy of staying home and raising our four young children. No one has asked me to write a letter – I am offering it out of my love for and heartfelt belief in Andrew. I will always remain his devoted friend, even though he has been charged with serious crimes and faces imprisonment.

In trying to make sense of this crisis, we know today that Andrew received little or no treatment in 2001 when he tragically lost his love or in 2009 when he tragically lost his father. I believe that Andrew's mind coped with the trauma by putting up an unhealthy wall between his mind and his emotions. While none of us detected it, it is easy to see how a severe mental illness could brew and grow in the absence of treatment.

Andrew's wife Christina reminds me of a guardian angel who was sent to love him and care for him. In this crisis, her unyielding love towards him, mixed with the medical care he's received, has melted the wall between his mind and his emotions. This has let Andrew experience joy and love of others in ways he might have forgotten.

Were it not for the terrorist attack on 9/11, I don't think we would find Andrew's mind awash in illness and unresolved complexity. Now, as he finally receives help and recovers, it seems like a double-blow to remove him from Christina, who has a heart of pure gold, and his two young children, who love him and will desperately miss him.

In a world that seems to be filled with bad guys winning, I pray for mercy for a truly good person who wandered astray.

Andrew feels great anguish for what he has already put his wife and family through, in addition to feeling anguish about the pain and hardship he has caused others. I believe that that pain and remorse will be enough of a punishment for him to have to bear for the rest of his life without a long, physical separation on top of that.

I also believe a lighter sentence would allow Andrew an earlier and stonger chance to prove to the world how many positive things he can and will contribute to his family, friends and society. The best-ever Andrew is yet to come. Beau and I look forward to nurturing his rebound and giving Andrew the second chance he humbly deserves.

Sincerely yours,

Suzy Brauer

Law Office
of
## MAX HAHN

( X)301 E. 47 Street
New York, NY 10017
  Tel 212 838 5861
  Fax 212 838 6574

() 521 Fifth Avenue
New York, NY 10175
  Tel. 212 551 2225
  Fax 212 983 2791

Cell 917 612 1464
E Mail: maxhahnesq@aol.com

September 22, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Andrew Caspersen

Honorable Judge Rakoff:

I am a solo practitioner, licensed to practice law in the State of New York and maintain an office in the City of New York.

I met Andrew Caspersen (Andrew) about 6 months ago at a Gambler's Anonymous (GA) meeting which he attended because of the recognition of his addiction to gambling. Since then I have met him at two meeting a week that I attend and I know that he attends other meetings too.

Although it seems that I have known Andrew for a short period of time I would like you to understand that he has bared his soul so that I probably know more about his true self that most of his family or friends.  That is the benefit of the GA program.

I am also a member of GA. I have been abstinent and in recovery for over 51 years and fully understand, more than most, what it means to have your world turned upside down by a gambling addiction which is precisely what happened to me over 51 years ago.  With this particular insight and understanding and cognizance of the state of Andrew as he is presently

 Normally it is difficult to understand how a person like Andrew could have committed a horrendous crime with the consequence of a loss of such huge amounts of monies but I personally know that the addiction causes a psychologically uncontrollable preoccupation and urge to gamble.  The result is that it reaches a point where it compromises, disrupts and/or destroys the gambler's personal life, family relationships and vocational pursuits. There is a loss

of control and interference with normal functioning. I know this because I went through the same experience.

In 1965 I was disbarred and sentenced to a jail term because of activities I engaged in while in the throes of the gambling addiction. I did not comprehend how I could have done the things I did in order to continue my gambling. When I was released from prison, I started to attend the GA meetings and began to understand. I learned that Compulsive Gambling was a disease that we can recover from by working the GA program. I did what the program suggested and after 10 years I made an application to restore my Law License. The Appellate Division of the State of New York found that I was not the same person who had lost his license ten years prior and returned my license to practice law. I have honored the decision.

I can tell you that my experience in prison was of no benefit to my recovery. There were no proper treatment facilities for this gambling addiction in the system and there aren't any now. Quite the contrary. While I was incarcerated I spent every day in some form of gambling. This was contrary to the GA program which is the need to attend meetings and not to associate with friends and family who are still gambling.

Sending Andrew to any period of incarceration would cause the aforementioned to occur and would be a serious problem to his recovery.

There are times when it is best for Society that a person is given the opportunity to become a good father, husband, friend and citizen. It seems counterproductive to interrupt the recovery of Andrew. It certainly would not be a benefit to Society. At times, compassion, with verification, is a better result than incarceration.

Working the GA program made me a responsible member of Society and I truly believe that it will do the same for Andrew.

Thank you for permitting me to add my experience to your consideration in the sentencing of Andrew Caspersen.

Very truly yours,

MAX HAHN

August 31, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I wish to share with you my experiences with Andrew Caspersen, a friend of mine for over 23 years.

As a quick background, my name is Edward Wartels and I am 40 years old, married with 2 daughters and living in Darien, CT.  I work commercial real estate brokerage as an advisor to companies (tenants), helping them with their space needs.

Andrew I first met when I was 17, the summer of 1993.  We quickly became close friends and started a summer business together - Caspersen& Wartels in Weekapaug/Shelter Harbor, RI.  We did everything from serve, clear and clean at cocktail and dinner parties to yard work and anything involving heavy lifting.  Andrew was immensely strong.

I learned early on what mattered to Andrew: his family, his friendships, the pride he took in his work & working hard at it, and laughter.  He always had an extremely intelligent and witty sense of humor.  I remember fondly putting in full days on jobs such as installing railroad ties to separate a yard from an adjacent gravel driveway, miserable work when it's hot and humid out, but he embraced the grunt work, quoting lines from comedies which helped keep either of us from getting irritable.  We often ended these days with dinner at either of our houses and in hindsight I had two key takeaways from these: it was important for Andrew to be with his parents and his brothers, when they were around, but he was also keen on doing the same at my house as he knew I wanted to be with my family.  This was not always easy for me because I had a father with early onset dementia and was, as a teenage boy, pretty self-

conscious of it, knowing my father had no filter and was apt to offend anyone.  Andrew was a good friend and put me at ease on the matter.  Not easily done at that age and I still appreciate what he did as it improved my relationship with my father.

We went on separate paths to college, him to Princeton and me to Kenyon.  I thought we would kind of go our separate ways as he was off to a more elite institution and would be running with a different crowd but that was never the case.  I remember the summer after my sophomore year when I was interning in Chicago; Andrew was going to be out there for a birthday party and made a point of getting in touch with me through my mother and making arrangements to spend the day together.  He didn't have to do that but that is the kind of guy he was.

After graduating from college, I gradually became filled with self-doubt.  Everyone around me seemed to be working hard and having ample success except me.  He had the gift of putting things in perspective and getting me to push that away.  Incredibly rational and supportive.

Then, disaster struck on 9/11.  I will never forget seeing him standing on lower 6th Avenue, looking hollow, broken but still searching for his now late girlfriend.  This was the start of a very tough period for him and, as I am not a psychoanalyst, cannot begin to describe what was really happening internally.

Life became far better for him, as best I could tell, when he started dating Christina Frank.  He was so happy and I was every bit as happy for him as he had been through the added misery of his father's suicide by that point.  I have never seen a guy with a bigger smile on his face than his the day he married Christina.  And yet, while he quickly took to being a devoted husband and made that role his priority, he never lost sight of what it means to be a good friend and what it takes to be one.  He was a particularly supportive when I lost my own mother, whether by asking me to meet up for dinner or just sending an e-mail to see how I was.  It was his genuine concern and willingness to take time and not only listen but also to ask questions, forcing me to talk about an unhappy subject and address issues that really needed to be explored.

In more recent years, we continued meeting up as often as possible. Conversation usually focused on wives and kids. He loved the role of being a father and doing things like going out for breakfast and having one-on-one time with his own flesh and blood. He adored what he was building with Christina - a family.

I write this all knowing Andrew has pleaded guilty and my initial reaction months ago was that our friendship was essentially over, that Andrew's crime wiped out all the good I saw in him. Time has allowed me to think this through. 23 years of being a stand-up friend is no small consideration. How could I let that go and shut the door in the face of a guy whose sickness lead him to criminal behavior? Nothing else about Andrew has changed; he is still the person I always knew apart from the side of him that committed the crime. He is still a kind, gentle soul and a loving husband and father and he is my dear friend. I am upset with him for what he did but, after thinking it all through, feel in my own heart that his friendship is one that I could never abandon.

Sincerely,

Edward W. Wartels

CANALES & PARKER
A PROFESSIONAL LIMITED LIABILITY COMPANY

909 FANNIN ST, SUITE 3600                                    2601 MORGAN AVENUE
HOUSTON, TEXAS 77010                                         CORPUS CHRISTI, TEXAS 78405
TEL (713) 659-7200, FAX (713) 659-7203                       TEL (361) 883-0601, FAX (361) 884-7023

C. ANDERSON PARKER
PRINCIPAL
APARKER@CANALESPARKER.COM
TEL (713) 659-7200

September 9, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Andrew Caspersen Sentencing

Judge Rakoff,

I writing to you on behalf of my friend Andrew Caspersen. By way of background, I attended college with Andrew and now practice law in Houston, Texas, generally in commercial litigation and white-collar criminal areas. In my practice I have represented defendants in Andrew's position and also referred offenders such as Andrew for prosecution by the federal government when my client was a victim of their actions.

Andrew and I became close friends in 1995 when we spent much of our first year of college together. Though we now live across the country from each other, Andrew and I communicate regularly via e-mail and telephone and have made an effort to get together in person about twice a year since college. We remain close friends to this day. Andrew and I are both godparents to children in the Krusen family, who were victims of Andrew's actions. I just returned from visiting Andrew and his family in New York over the weekend. This was my last chance to do so before my second child is born, and before Andrew will report and begin his sentence.

As you are likely hearing from many others, it is difficult for us to reconcile the Andrew I have known well for 20 years with Andrew's actions and decisions that you must now judge. Foremost in this difficulty is that I have always greatly admired Andrew as someone of good judgment and a strong sense of right and wrong. By way of personal experience, there was an occasion early on in college where someone made an inappropriate comment about a female classmate in a group gathering. Though not friends with that young woman, Andrew immediately confronted the speaker, eliciting an apology and retraction. Unfortunately, it seemed like that type of flippant comment was relatively common in the 1990's on college campuses, though it became clear that they were not common and would not be tolerated when Andrew was present. I aspired to be like Andrew, to make mature decisions like Andrew, and to

think of others before myself like Andrew did.  I now hope to raise my children to carry themselves like the Andrew I know.

Notwithstanding his maturity for his age and his generally good nature, Andrew's selflessness was to me his most characteristic trait.  He was generous to others with both his finances and his time.  For my bachelor party in 2013 my brother had rented two houses in Austin, Texas to host out-of-town guests.  As often happens, at the end of the weekend my brother was left with a much larger share of the costs than others that had attended.  These remaining costs likely exceeded several months of my brother's disposable income.  Without being asked, Andrew recognized this and mailed my brother a check to cover a large portion of those costs.  Andrew did not write that check for any general personal recognition amongst our group, as, until now, only my brother and I would know that he had done so.  Andrew did it because he thought it was right.

More importantly, Andrew was generous with his time.  Andrew took the time to plan, and often host, numerous reunions for our group of friends, a generosity that was instrumental in my life and that of those friends.  Andrew's selflessness was also important in my courtship of my now wife, Dylan, who was living in New York City at the time.  Andrew recognized that it would further my efforts, and maybe even change the course of my life, if he were to take time away from his work and personal life to meet up with me and my new date with little notice during my initial visits to the City.  I had invited several friends to do so but, understandably, all the others could not break away from their multitude of family, personal and professional obligations.  Dylan still speaks fondly of that time with Andrew and Christina and how their good natures reflected positively on me.

My only regret in that regard is that Dylan did not enter my life early enough to attend Andrew and Christina's wedding.  Andrew and Christina demonstrated such love, respect and devotion to each other, and they expressed those feelings so honestly and beautifully when they each spoke about the other during their wedding reception.  I still remember that moment so vividly as a model for what I would hope to find someday in a marriage of my own.

Given the pain that Andrew's behavior has caused Christina, Andrew's crimes are very difficult to reconcile with the Andrew I have always known, as I began this letter by noting.  After spending time with Andrew this weekend I have begun to better understand the effect that his addictions to gambling and alcohol played in his decision making.  The extent of these addictions during this time period had been hidden from me

Like everyone that knew Andrew, I was stunned by the initial allegations of Andrew's crimes.  However, I was not surprised that Andrew almost immediately accepted responsibility for his actions and accepted the punishment that would follow.  That acceptance of responsibility was reflective of the Andrew that I know.

I firmly believe that Andrew, following his incarceration, will still have much to offer his family and to our society in general.  I know that Andrew, with professional treatment and the support of his friends and family, can atone for this dark time in his life and attempt to make financial and emotional restitution to his direct and indirect victims.

Thank you for taking to time to read these correspondences on Andrew's behalf, which I know will be voluminous.  If you would like to hear more about my experiences and relationship with Andrew please feel free to contact me at the above phone or e-mail address.

Sincerely,

C. Anderson Parker



EMPIRE
WEALTHSTRATEGIES

Honorable JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

MY NAME IS SAM P. AND I'M A COMPULSIVE
GAMBLER BUT I AM ALSO A CORNELL UNIVERSITY
GRADUATE, A FORMER PROFESSIONAL HOCKEY PLAYER, A
SUCCESSFUL FINANCIAL ADVISOR, AND A DEVOTED
FAMILY MAN.

I HAVE KNOWN ANDREW C. SINCE HE HAS BEEN
IN THE GAMBLER'S ANONYMOUS PROGRAM. I DID NOT
KNOW HIM PRIOR, BUT I HAVE GOTTEN TO KNOW
ANDREW C. THROUGH HIS THERAPIES AND OUR
CONVERSATIONS, FOR A MAN THAT IS FACING THE
BIGGEST CHALLENGE OF HIS LIFE, HE HAS BEEN
INCREDIBLY STRONG AND POSITIVE THROUGHOUT THIS
ENTIRE PROCESS, NEVER ONCE BLAMING ANYONE BUT
HIMSELF HE HAS PLEADED GUILTY AND HE KNOWS
WHAT HE DID WAS WRONG, BUT ALSO, HE HAS TRULY
COME TO THE REALITY THAT HE IS A COMPULSIVE
GAMBLER I HAVE HEARD TREMENDOUS THOUGHT
PROVOKING, AND SOUL SEARCHING THERAPIES FROM



EMPIRE
WEALTH STRATEGIES

ANDREW C. DETAILING HIS ADDICTION AND THE
DESTRUCTION CAUSED BY HIS ADDICTION. HIS
COMMITMENT TO "ARRESTING" HIS COMPULSIVE
GAMBLING ADDICTION IS ONE OF THE STRONGEST
IN OUR REGULAR WEDNESDAY NIGHT ROOM. HE
OPENLY TALKS ABOUT THE LOVE HE HAS FOR HIS
WIFE AND TWO YOUNG KIDS. MUCH OF HIS FOCUS
LATELY HAS BEEN ON BEING A BETTER HUSBAND
AND FATHER FOR THEM. HE HAS REMARKABLY
STAYED IN THE PRESENT FOR THEM.

IT WOULD BE EASY FOR SOMEONE IN ANDREW
C'S SHOES TO SULK AND BECOME DEPRESSED WITH
THE DAUNTING PROSPECT OF WHAT IS FACING HIM. BUT
INSTEAD OF SHRINKING THESE LAST SIX MONTHS, I
HAVE SEEN NOTHING BUT GROWTH AS AN INDIVIDUAL
WHO ONLY WANTS TO BE A GOOD HUSBAND, FATHER
AND CITIZEN. I LOOK UP TO ANDREW C. IN THE
ROOM. I DRAW STRENGTH FROM THE HONESTY AND
HUMILITY HE TAKES TO HIS GAMBLING ADDICTION
RECOVERY. HE MAKES ME A BETTER GA BROTHER.

ANDREW C. IS A GREAT G.A. BROTHER, LOVING
FATHER AND HUSBAND, AND I AM ASKING FOR
YOUR LENIENCY IN HIS SENTENCING.

SINCERELY,

SAM PAOLINI
②

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Judge Rakoff,

My name is Christopher Watts, and I work in the Advancement department for the Tuck School of Business at Dartmouth College. I am writing on behalf of Andrew Caspersen, whom I've known since 1991 when we began our secondary education at Groton School together. During our four years there, Andrew and I were classmates, friends, dorm mates, teammates, and co-captains. We went on to share four years at Princeton University before our paths diverged, his to Harvard Law and a career in finance, mine to 8+ years in the US Marine Corps followed by business school. I am sharing a few brief details about our friendship that I hope will prove useful as you weigh an appropriate sentence for his transgression. The Andrew I know is compassionate, generous, hardworking, humble, and loyal. I will touch briefly on all of these points.

Compassionate and generous: in 2011, when a teacher, coach, and friend from Groton committed suicide at the age of 49, Andrew quickly made arrangements for a few classmates to travel to Indiana days later for the memorial service. Our former teacher had suffered silently from bipolar disorder for many years, and had been experiencing drug addiction and subsequent legal troubles before his death. Andrew's decision to pay his respects and include others on the trip to do so reflects the core of his character: a compassionate, generous man who cares deeply for his friends and family.

Hard-working and humble: Andrew was raised with significant means but relied on hard work and smarts to make his own way. At Groton, he initiated and ran the delivery of newspapers to students and faculty across the campus. Playing football, he was voted by coaches as the most valuable player in our league, an accolade that didn't change his demeanor or attitude one bit.

Loyal: Andrew briefly attended our 20th reunion at Groton in the spring of 2015. He made the round-trip from NY on a Saturday to spend a few hours reminiscing with friends, meeting their families, and renewing bonds. With a new child at home, Andrew had a great reason not to attend, but he made the long day trip to see old friends nonetheless. He has welcomed me to his home on many occasions: opening his door/couch in NY when I visited so I wouldn't need a hotel room and hosting dinner gatherings on rare instances when we managed to gather a few non-NY-based classmates together.

I write about these qualities and memories because they describe the Andrew whom I know. The disclosure of his crime came as a complete shock to me. All of the above was called into question. The subsequent revelation of his gambling addiction saddened me, but it also provided the only rational explanation for his actions. I spoke with Andrew the week before he pled guilty, and I was encouraged to hear the familiar humility and level headedness in his voice. I believe that his faith in God and love for and from his family will help him navigate the years ahead. His life and relationships are forever changed. It is my hope that his sentence will take account of not just his crime, but also his character and his addiction. I am confident that when he's served his sentence, Andrew will be able to rejoin his family, and society, and lead a meaningful life.

Very respectfully,

Christopher Watts

September 12, 2016

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Andrew Caspersen

Dear Judge Rakoff:

I have been a friend of Andrew's for over 30 years. I live in New York City and work as a Managing Director at a Financial firm in the city. My friend's know me as Robin. I have lived in New York since graduating from Colgate University. My wife and I have three daughters ages 11, 7 and 3.

Andrew and I grew up in New Jersey together. I first met Andrew in grade school at the Peck School in Morristown, NJ. We were immediate friends, who both enjoyed sports and became leaders of our class. We would often sleep over at each other's house, even though Andrew's family lived on a farm in Andover, NJ; about 45 minutes away from school.

It was obvious even from those early days how important family was to Andrew. Meals were always eaten together. It is funny thinking back now, but Andrew would often make me (or us) watch an old movie that I would certainly never watch on my own; but it would be one Andrew watched with his father and he wanted to share it with his friends. It was also clear how important hard work was in his family and how much respect Andrew had for it. I can confidently say that a sleepover with Andrew was the only one that entailed waking up with the Sun to gather eggs and feed the animals. Although we would all moan about it, Andrew would be up and get anyone sleeping over up and ready to work.

Andrew is the reason I attended boarding school at the Pomfret School. All of Andrew's older brothers had attended boarding schools (two attended Pomfret); and after spending so much time with his family I became interested. Unfortunately, I wasn't able to get into Groton with Andrew, but Pomfret was an amazing. We remained close through high school. We were both leaders at our school and successful in sports. Andrew's friends became my friends and my friends Andrew's.

During our Junior year, both of our schools were fortunate to be able to send a team to the Henley Royal Regatta in England. After the end of the Regatta, Andrew and I travelled around the country and Andrew led the way from the beginning.

Andrew was always around to either keep me out of trouble, which makes his action almost impossible to digest.  He would literally have been at the bottom of a list of friends I would expect to be headed to court for the decisions he made over the last few years.  Obviously there were periods of real pain during 9/11 and after the passing of his father.  I worked for Cantor Fitzgerald in the years leading up to 9/11 and after; and knew how terrible the loss was first hand.  But Andrew kept his head high and instead of worrying about himself would seek me out to make sure I was doing ok.  This is the Andrew I always knew from growing up, someone who would always put others ahead of himself.

Over the last few months I have spoken with many of our friends from growing up in NJ, high school and college.  Not a single person I spoke to could believe what they heard, to the point where people thought it was just outright wrong.  We would trade stories about how great a friend Andrew was growing up, how much he loved his family and friends and how he always seemed willing to make the effort to help out.

I also have been able to talk and meet with Andrew over the last few months.  During our talks he has been truly apologetic for his actions.  It is clear that he has an addiction that took him down a path of self-destruction. I feel betrayed and saddened for his family, but at the same time I can remember how he was always there for me if I asked. Based on the 30+ years of being together; I know that Andrew is a good person and there will be a light at the end of the tunnel.

Robin Thebault

Christina Bennison Bryan



Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

September 1, 2016

Dear Judge Rakoff,

My name is Christina Bennison Bryan and I am the Director of Investor Relations at Roundtable Investment Partners, a wealth management firm in New York City. I am married and have two small children.

I have been friends with Andrew Caspersen for twenty years. He was one of the first people that I met my freshman year of college. He was a friend of my roommate's from high school and, being an older and wiser sophomore, he took us under his wing. While he had the reputation of being rather reserved and serious, I realized as I got to know him that he is quite the opposite. Andrew is warm, engaging and very funny. He is also incredibly bright. He surrounded himself with a close circle of friends who, like him, are kind, upstanding individuals.

Being a fan of Andrew's, I was thrilled when he and my good friend, Cat MacRae, started dating. He is just the type of guy you would want to date your friend. Andrew and Cat developed a wonderful relationship and it was always a treat to spend time with the two of them. Then, tragically, Cat was killed in the attack on New York on September 11th. Like all those who lost loved ones on that day, Andrew was utterly devastated.

In the days and weeks following the attacks, our group of friends spent a lot of time at the MacRae's apartment. Andrew had moved into Cat's childhood bedroom and thoroughly devoted himself to her family. Initially there was hope that Cat might still be alive, perhaps trapped in the rubble or unconscious at a hospital. Andrew set about helping in every way he could, organizing communications to groups working to identify lost loved ones, fielding calls, and anything else that he thought might help. I remember, vividly, accompanying him to the armory on twenty-fifth street carrying copies of Cat's photograph so that we could register her as a missing person. When the reality had set in that Cat was not coming back, Andrew then shifted his attention to finding ways in which we could honor her memory. Along with her friends and family, Andrew led efforts to create a foundation, commission a portrait to be hung at Princeton, dedicate a table outside the student center and to place a small tribute to her in her favorite park. He also helped her family to plan a beautiful memorial service during which Andrew gave a deeply heart-felt eulogy. How he ever found the strength to speak at that time, I will never know, but the extent of his suffering was evident and his tribute to her so moving.

While most people in Andrew's situation may have felt the need to distance themselves from those closest to Cat in order to shield themselves emotionally, Andrew drew closer. He remained close to the MacRaes. They became his family and I realize, in retrospect, that as much as they needed him, he also needed them. While we all greatly felt Cat's loss, Andrew's pain and suffering was even worse. He became distant, lost and deeply depressed. He struggled to make sense of what had happened and seemed unsure about whether he could go on. I worried about him and wondered whether he would ever recover.

In the years that followed, Andrew gradually became more social and appeared to return to a somewhat normal life for someone in their late twenties. However, I continued to worry about him as, one by one, his close friends got married and started to have children. Being a supportive and loyal friend, Andrew was very much involved and was often asked to play a role in these milestone events. He hosted engagement parties, delivered numerous groomsman and best man speeches and, when a new baby arrived, he was among the first to pay a visit. At each of these occasions, I thought to myself how

difficult it must be for Andrew to watch his friends move on with their lives, as well as a poignant reminder of what he had lost.

Therefore, nothing made me happier than when I learned that Andrew had started dating Christina. She brought new life to Andrew and restored him to his old self. Having known him since college, she understood what he had been through and was so supportive of him.  Clearly, Andrew was deeply in love and had found his match in Christina.

Just when Andrew's life seemed to be turning around, his father committed suicide. It seems unbelievably unfair that one person should have to endure so much suffering. Furthermore, as if the loss of one's father was not difficult enough, Andrew had to endure the gossip and the unkind press coverage that surrounded his death. Christina remained firmly by his side throughout.

Following that dark time, Andrew and Christina's relationship emerged ever stronger. It was great to see Andrew in love — embarking on a happy new chapter after everything he had been through.  Andrew has embraced fatherhood with equal enthusiasm. Seeing Andrew with Jack and now little Grace, it is clear that he is an engaged, loving and nurturing father. He is devoted to them, and they to him.

I was shocked to hear the news of Andrew's arrest as the actions described are so incongruous with the Andrew I know. I am aware that he has pled guilty, but this does not make him any less my friend. Andrew has endured more tragedy than most, but I believe that his strength of character will help him to emerge from the depths of depression, to find happiness again, and to continue to be a loving and devoted husband and father.

I hope that this letter sheds a bit of light on this wonderful man and dear friend. Thank you for your attention.

Respectfully submitted,

*Christina Bryan*

Christina Bryan

Hunter H. Horgan



September 7, 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is Hunter Horgan and I am an equity research analyst at JPMorgan Asset Management in New York City.  Prior to joining JPMorgan, I worked for Louis Bacon at Moore Capital Management in New York City for five years.  I have lived and worked in New York City in the investment management business for nearly 20 years and now reside with my wife and three children in Bronxville, New York.  Andrew and his wife Christina are the reason we moved to Bronxville.

I have known Andrew for ten years, first meeting him through my wife, Brooke Horgan, who has been lifelong friends with Andrew.  Over the years, Andrew has become my closest and most respected friend.  He and I share many common interests – books, current events, football and food and we have always been aligned with our priorities and values.  Andrew is also one of the most generous people I know, our family was frequently guests in their home.  As I think about when Andrew was happiest over the years, I would say it was usually around a table surrounded by family and friends with good food and good conversation. Despite being a successful investment banker, Andrew was not a guy who anyone would describe as flashy – quite the opposite. He and Christina lived a completely family-oriented life and Andrew was a role model to many of integrity and hard work. When we set up savings structures for our children a couple years ago, Brooke and I did not hesitate to designate Andrew as Trustee.  There was no one we trusted more with something so important.

As you can imagine, when I first heard of Andrew's arrest I thought that there had been a case of mistaken identity.  Having spent 5 years working closely with both Louis Bacon and James McIntyre, Andrew's crimes were particularly unsettling to me. However, I know that James – like all of the victims of Andrew's crimes - was someone that Andrew cared for deeply (their friendship spanned nearly 15 years) and I sincerely believe that Andrew did not intend to inflict so much pain and damage on James or his employer. Shortly after his arrest, I visited Andrew in the hospital and he explained to me how he REALLY believed that he could make his lenders money with his trading strategy; as a trader, I found this logic insane (his trades were simplistic, unsophisticated bets), but I observed tremendous sincerity in the way that Andrew described his motivations. He was very authentic in convincing me that he never, ever meant to defraud his victims, he was just blinded by his addiction.  My view of Andrew as a person has not changed, but I have a much greater understanding

September 7, 2016
Page 2

of his illness and the extent to which his deep shame caused him to hide it from all of his closest friends for the last 17 years.

Andrew has always been incredibly kind and generous, with friends, family and charities that he cared about. When I first met Andrew, he was actively involved with a number of not-for-profit organizations that promoted inner city education who were recipients of grants from the Cat MacRae fund. Andrew was always the first person to respond to a request for a charitable donation on behalf of an organization that mattered to my wife and me. Similarly, when Andrew and Christina got married, I remember being touched by their request that friends donate to two charities that they cared greatly about rather than buying them wedding presents. At a time in their lives when they could have focused on accumulating 'stuff', they shifted the focus away from themselves and towards others that were more in need.

Despite his privileged background and lucrative career, Andrew is one of the more down-to-earth people I know. Living in New York, and working in finance, I am very familiar with displays of Wall Street Greed. Andrew is the antithesis of Wall Street Greed. Money never seemed important to him and he was quite frugal. Until Jack was born, Andrew drove the same station wagon for over 15 years and played with the same set of golf clubs that his parents gave him after he graduated from college 17 years ago. He and Christina spent their vacations visiting his parents, and later his mom, instead of jetting off to exotic destinations. As a father, Andrew always impressed me with his hands-on approach around good manners and developing a love of learning. Andrew talked a lot about his overwhelming goal of instilling the right values in his children - instead of showering them with gifts. I remember one visit to the Caspersen's apartment when we all left together to go to the park; Andrew had Jack pause as they walked out the door to look the doorman in the eye, ask him how he was and thank him for helping them with their bags.

One small bright spot over the past five months is seeing Andrew come to terms with his illness, take responsibility for his actions and begin to think about what the future may hold for him. As the child of an alcoholic I am devastatingly familiar with the damage that addiction can have on family members and friends; I watched my father's life slip away as he struggled with this disease. By contrast, I have been moved by how seriously Andrew is pursuing recovery from his gambling and alcohol addictions. Andrew is desperate to help others who might be susceptible to the same addictions that took over his life. I know Andrew will devote the rest of his life to doing whatever it takes to earn back the trust and love of his family and friends while contributing positively to society.

In closing, I would like to ask for leniency when you consider Andrew's sentence. He has the full support of family and friends and I promise to do everything in my power to help Andrew lead a meaningful life. His family, in particular his two small children, need him. He is a wonderful husband, father and friend that has the ability to serve as a role model not only to his own children, but to mine as well.

Sincerely,

Hunter H. Hogan

Caroline B. Long M.D.

Manhattan Pediatrics

125 East 72nd Street

New York, New York 10021

212 988 6500

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

My name is Caroline Long. I am the pediatrician for Jack and Grace Caspersen, caring for each of them since their first days of life. In the joy and stress of new parenthood, I got to know the family well. Andrew and Christina came as a family to every visit, which were quite frequent in the beginning. While I did not know the Caspersens prior to becoming their pediatrician, we quickly discovered our overlapping pasts and present.

Andrew was a good college friend of my best friend from high school. Christina grew up in the town where I now live with my husband and our 4 boys. While the primary purpose of all their visits to my office was the care and health of their growing children, I feel I got an unusual glimpse into their family because of our overlapping lives. Our families not uncommonly passed on the streets of Bronxville or in the bagel shop or on the train. Andrew was present, attentive, loving and intensely interested in his children. In a city of busy parents and immense distraction and responsibility, I would estimate that only 10% of children come to their well check up appointments with both parents. About 75% come with their mother alone, and occasionally a child will come with a father alone or more commonly a nanny or other caretaker. The Caspersens always came as a family. It was clear that Andrew was there because he wanted to be there, not because he felt he should be. He asked questions, discussed development and appreciated hearing about the stages ahead.

Being a physician I have some knowledge of addiction in its various forms. It seems that Andrew had for a brief period perfected his dichotomous life. While the man who committed these crimes and the man I knew, who put family first, are hard to reconcile, I feel privileged to have seen how Andrew has grown through this crisis period. In his own words he is "embracing this, in all its forms of punishment and growth".

I hope Andrew can continue to heel and grow and pay back his many debts, both financial and emotional. I hope even more ardently that he can continue, in some form, to be part of his children's lives as they are equally reliant and in love with each other. I feel certain that Andrew Caspersen will survive this crisis and equally as certain that in many ways he will be better off for having endured it.

Sincerely,

Caroline B. Long

Caroline B. Long, M.D.
Manhattan Pediatrics, P.C.
125 East 72nd Street, Suite 1A
New York, New York 10021
(212) 988 - 6500

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2400
DIRECT FAX
(917) 777-2400
EMAIL ADDRESS
WILLIAM.FRANK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

September 8 , 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:   Andrew Caspersen

Dear Judge Rakoff:

I am the uncle of Andrew Caspersen's wife, Christina Frank Caspersen.  I respectfully submit this letter in support of Andrew who I understand is to be sentenced in early November before this Court.  From Court filings, I am fully aware of the charges against him.

For more than 47 years, I have been a Partner and now Of Counsel to the firm Skadden, Arps, Slate, Meagher & Flom.  I joined the firm as the 23rd lawyer in February 1969 upon leaving the U.S. Army in Vietnam.  For more than thirty years, I headed the global litigation and arbitration practice and was a member of the firm's Policy Committee .

I have known Christina since her birth. and am her proud godfather.  Family bias aside, she is one of the most remarkable individuals I have ever known.  I am even more impressed with her during the past six months.  This view is shared by others who have known Christina since her days at Princeton.

I met Andrew shortly before he and Christina were married in May, 2011.  My daughter and son in law also knew him at Princeton.  By reputation, I understood Andrew was very well liked and admired for his sense of humor, for his

Honorable Jed S. Rakoff
September  8 , 2016
Page 2

intellect and for his humility despite his privileged background.  My impression was
of a shy, perhaps aloof, polite and gracious young man .  I recall hearing of the
profound impact that Andrew's father's death had on him in the Fall of 2009, so
much so that he did not feel it appropriate to attend my own daughter's wedding
which occurred several weeks later.

        In happier times, I had the opportunity to be with Andrew during a series of
engagement parties during 2010 and eventually during the course of Christina &
Andrew's wedding.. I remember observing that Andrew's wedding party was very
large and that his legion of devoted friends gave many flattering toasts to him during
the course of the weekend. Though I have seen Andrew somewhat infrequently in
recent years, I informally advised Christina and her parents immediately following
Andrew's arrest in March as they absorbed the shock of Andrew's crimes.  More
recently, I spent a considerable amount of time with Andrew at my home.  I was
struck by the degree to which he has taken full responsibility  for his actions and for
the extreme remorse that he has shown for the impact of his crimes on his victims
and family.   Andrew has a very close relationship with Christina's family, and
especially Christina's parents, Jane and my brother Paul Frank.  Andrew seemed to
gravitate towards them – he wished to live and raise his children in Bronxville to be
nearby them, he held them in great esteem and has been greatly buoyed by their
support since his arrest. The normalcy and stability of Christina's family seemed to
fill a void in Andrew's life. Despite the impact of Andrew's crimes on their
daughter, Jane and Paul feel a genuine desire to help him recover from his addictions
and to live a more meaningful life. This speaks to their ability to recognize that,
despite the impact of Andrew's actions on Christina, they still have tremendous
respect for and confidence in him.   From my own perspective, he clearly was a
devoted husband to Christina and father to Jack and Grace and they clearly love him.
He appears totally contrite for, what he says, his "shameful criminal conduct".  He
seemed grateful to have been finally uncovered.  He makes no excuses.  I believe
him.

        I have come to learn of Andrew's addictions since his March arrest.  When I
discovered following his arrest that he couldn't stop gambling with the fraudulently
obtained money, even when he could have repaid the debts entirely and walked away
a very wealthy man, it was clear the addiction had overwhelmed him.  This did not
seem to be another Wall Street fraud by someone trying to dig himself out of a hole.
This was a story of a gambling addict who had completely lost control.  It also is
totally at odds with the sterling reputation he had both socially and professionally
and the substantial compensation he was already receiving.

        As one who has represented defendants in securities fraud cases over the past
40 years, his hidden gambling addiction is unique to my experience.  I am not an

Honorable Jed S. Rakoff
September 8 , 2016
Page 3


expert in that addiction, but anyone who trades an account to over $100 million with the ability to pay back all the victims including his friends and family, and then runs the table, needs serious medical help.

     I well know the Court must take into account the extent of the fraud Andrew has committed, its victims and the effect on society at large. I ask the Court to be as lenient as possible – for Christina's and her children's sake, as well as Andrew's. It is Christina who will likely handle the heavy burden of raising two young children while navigating a very precarious financial situation. Andrew needs medical and psychological help. Whatever the Court decides, I hope he is in a position to get that help going forward. With all his many talents, we all feel strongly that Andrew can be a contributing and productive member of society in the future.

                          Very truly yours,

                          William P. Frank



†LDM
MISSIONARIES
OF CHARITY

"As long as you did it to one of these My least brethren, you did it to Me."

September 26, 2016

Dear Judge Rakoff,

I am the Mother Superior of St. Joseph of The Holy Family parish in West Harlem. I have been with this parish for over 7 months, and before that I was in Washington DC and other parts of North America. I am writing you in support of Andrew Caspersen.

I run the Missionaries of Charity convent at 406 West 127th Street with my fellow subject sisters. It entails maintaining a soup kitchen on Monday, Wednesday, Saturday, and Sunday mornings, as well as a women's homeless shelter. I met Andrew in April when he began volunteering at our soup kitchen three times a week. He helps prepare and serve food, clean, tend to the garden that we have, and any other job that we ask of him. Saint (Mother) Teresa founded our order to serve the poorest of the poor and Andrew has helped us immeasurably in that mission here in New York.

When he first began volunteering with us, he was very quiet, obviously downtrodden. He has since opened up to me and other volunteers about his crimes. Needless to say, he had been wrestling with many demons. I have only come to know him after his arrest, but the Andrew I know is noble, kind and faithful. He treats all guests of the kitchen with respect, regardless of their walk of life. He is open about his sins, and sincere in his penitence. He truly enjoys his service and believes it is helpful in his quest to abstain from alcohol and gambling.

One of our other volunteers, a retired businessman, speaks of the hope he has for Andrew's future. He has worked with former prisoners, many of whom have suffered from addictions, and so he is familiar with the battle that Andrew faces. He feels confident that Andrew will be successful in his commitment to an addiction free life. Andrew, he says, shows genuine remorse and has all of the tools necessary to rebuild his life. I agree.

Another frequent volunteer, who has been a longtime parishioner, speaks very highly of Andrew and retells how helpful and caring he is. She always looks forward to seeing him and hearing about little Jack's fascination with maps and vegetables, and Grace's interest in mimicking her brother. She also notes that he is always prepared to help with anything, including mopping, cleaning toilets, washing dishes and fielding all guest requests including "to-go containers." He often stays late, after everyone is gone to ensure that everything has been taken care of. He even quietly resolves disputes among guests when they arise. Early in his service, Andrew noticed a lot of garbage had been blown into the garden. Without anyone asking him, he offered to clean it and he did.

Our prayer is this: Andrew has asked for God's forgiveness. He continues to atone, as he will for the rest of his life. We humbly pray, and we have offered Mass, that you show leniency and let Andrew continue to serve his family and community.

May God bless you
Sincerely in Jesus
SR. Marie Joel mc

Registered Charity S 3509 of 1958 - 1959



20 July 2016

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff

This letter is written on behalf of Andrew Caspersen whom I understand is before your court for sentencing.

I have known Andrew since the spring of 2003 when he joined our New York office. As the office was just getting going he came to London for training at a timewhen we had approximately 35 employees (compared to our staff of 180 now). As such I could observe him closely as he learned our business, undertaking analysis of our various transactions at the time. He spent about six months with us in London before returning to his posting in the New York office. He then continued with us until 2011.

From my observations and personal contact over the eight year period, I saw a young man who performed his job well and was respectful of his colleagues. He was continually promoted through the ranks to become a Principal in our firm. As such he had responsibility for originating transactions and executing them. In all of the transactions on which he worked, I only saw dedication, hard work and integrity such that I was literally shocked to learn of the machinations which led to the charges to which he pled guilty.

I believe you are well aware of the tragic death of his fiancée in the World Trade Center and the suicide of his father with the attendant publicity surrounding that event. I cannot help but think these events took a huge emotional toll on Andrew. He is a private person who did not openly show emotion but nonetheless both events were life changing.

After Andrew left us, I lost touch with him for the year he was working on his father's estate, but we then were back in touch when he took a job at Park Hill, then a part of the Blackstone Group. Although that firm was best known as a placement agent, Andrew was hired in the private equity secondaries advisory business, specifically to agent GP led restructurings of private equity funds. Our team worked closely with Andrew on a number of projects including the Irving Place Capital transaction. He then used IPC and Coller Capital's names in his scheme. Obviously that was wrong, however, we suffered no damage as a result.

Recently Andrew wrote me a letter to apologize for using my firm's name and for any hurt or embarrassment he might have caused. He also wrote similar letters to a number of my partners with whom he had worked. Upon receipt of the letter, I called Andrew and spoke to him at length. He again expressed deep regret and asked for forgiveness. He was fully accepting of the wrongs he had committed and resigned to the fact he will face punishment. He was remorseful about the people he hurt along the way – paradoxically people close to him and hence the remorse seemed even sharper.

As a British subject, I am not familiar with the US judicial system but have been advised that there are Federal sentencing guidelines. To the extent you have discretion in sentencing, I would respectfully ask you to consider leniency. Andrew is fundamentally a solid citizen who it seems clear to me was taken over by an insidious compulsion. He wants to make amends as best he can and prepare for the next chapter in his life. I see no real advantage to a long prison sentence in this instance and hope you will consider all the positives about Andrew when you pronounce sentence.

Thank you for your consideration.

Yours sincerely,

Jeremy J. Coller